B. Alexander Moghaddam (SBN 141199)
Law Offices of Alexander Moghaddam, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.:   (310) 315-3442
Fax:   (310) 315-4144
alex@moghaddamlaw.com

Attorneys for Defendants
MAERSK CUSTOMS SERVICES USA
INC. and MAERSK LOGISTICS &
SERVICES USA INC.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC,<br><br>    Plaintiff,<br><br>    vs.<br><br>ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; ARTOUR AROUTIOUNOV aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS, a California corporation; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN, alter ego of American Global Freights; and DOES 1 through 5, inclusive.<br><br>    Defendants. | Case No.: **'26 CV 2762 DMS SBC**<br><br>Judge:<br><br>**DEFENDANTS MAERSK CUSTOMS SERVICES USA INC. AND MAERSK LOGISTICS & SERVICES USA INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>Action Filed: October 2, 2025 |

-1-
**DEFENDANTS MAERSK CUSTOMS SERVICES USA INC. AND MAERSK LOGISTICS & SERVICES USA INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil LR 40.2, defendants Maersk Customs Services USA, Inc. and Maersk Logistics & Services USA, Inc. state that, to the best of their knowledge, the following persons have a financial interest in this litigation:

| Person With Financial Interest | Connection/Interest |
| --- | --- |
| Metal Processing Technology LTC | Plaintiff |
| IGC USA, LLC | Defendant |
| Emilia Arutyunova aka Emiliya Aroutiounov | Defendant |
| Artour Aroutiounov aka Artour Arutyunova | Defendant |
| American Global Freights | Defendant |
| Maersk Customs Services USA, Inc. | Defendant |
| Maersk Logistics & Services USA, Inc. | Defendant |
| U.S. Bancorp | Defendant |

Dated: April 30, 2026

LAW OFFICES OF ALEXANDER MOGHADDAM, PC

By: /s/ B. Alexander Moghaddam
B. Alexander Moghaddam
Attorneys for Defendants Maersk Customs Services USA, Inc. and Maersk Logistics & Services USA, Inc.

-2-

**DEFENDANTS MAERSK CUSTOMS SERVICES USA INC. AND MAERSK LOGISTICS & SERVICES USA INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**