B. Alexander Moghaddam (SBN 141199)
Law Offices of Alexander Moghaddam, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.:   (310) 315-3442
Fax:   (310) 315-4144
alex@moghaddamlaw.com

Attorneys for Defendants
MAERSK CUSTOMS SERVICES USA
INC. and MAERSK LOGISTICS &
SERVICES USA INC.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC, <br><br> Plaintiff, <br><br> vs. <br><br> ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; ARTOUR AROUTIOUNOV aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS, a California corporation; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN, alter ego of American Global Freights; and DOES 1 through 5, inclusive. <br><br> Defendants. | Case No.: **'26 CV 2762 DMS SBC** <br><br> Judge: <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MAERSK CUSTOMS SERVICES USA INC. AND MAERSK LOGISTICS & SERVICES USA INC.** <br><br> Action Filed: October 2, 2025 |

-1-
**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MAERSK CUSTOMS SERVICES USA INC. AND MAERSK LOGISTICS & SERVICES USA INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil LR 40.2, defendants Maersk Customs Services USA, Inc. and Maersk Logistics & Services USA, Inc. state the following:

Defendant Maersk Customs Services USA, Inc.'s parent company is Maersk Logistics & Services USA, Inc.

Defendant Maersk Logistics & Services USA, Inc.'s parent company is Maersk Logistics & Services International A/S.

A.P. Møller - Mærsk A/S, a publicly traded Danish company, ultimately owns 100% of both Maersk Customs Services USA, Inc. and Maersk Logistics & Services USA, Inc.

Dated: April 30, 2026

LAW OFFICES OF ALEXANDER MOGHADDAM, PC

By: /s/ B. Alexander Moghaddam
B. Alexander Moghaddam
Attorneys for Defendants Maersk Customs Services USA Inc. and Maersk Logistics & Services USA Inc.

-2-

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MAERSK CUSTOMS SERVICES USA INC. AND MAERSK LOGISTICS & SERVICES USA INC.**