B. Alexander Moghaddam (SBN 141199)
Law Offices of Alexander Moghaddam, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.:   (310) 315-3442
Fax:   (310) 315-4144
alex@moghaddamlaw.com

Attorneys for Defendants
MAERSK CUSTOMS SERVICES USA
INC. and MAERSK LOGISTICS &
SERVICES USA INC.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| METAL PROCESSING TECHNOLOGY LTC,<br><br>            Plaintiff,<br><br>      vs.<br><br>ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; ARTOUR AROUTIOUNOV aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS, a California corporation; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN, alter ego of American Global Freights; and DOES 1 through 5, inclusive.<br><br>            Defendants. | Case No.: 3:26-cv-02762-DMS-SBC<br><br>Assigned to the Honorable Dana M. Sabraw<br><br>**JOINT MOTION ION TO EXTEND LAST DAY FOR DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS (L.R. 12.1)** |
|---|---|

| | |
|---|---|
| **State Court Action Filed:** | **October 2, 2025** |
| **State Court Complaint served:** | **April 1, 2026** |
| **Notice of Removal Filed:** | **April 30, 2026** |
| **Response Date under FRCP 81(c)(2):** | **May 7, 2026** |
| **New Response Date:** | **May 17, 2026** |

-1-
**JOINT MOTION TO EXTEND LAST DAY FOR DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS (L.R. 12.1)**

Plaintiff METAL PROCESSING TECHNOLOGY LTC and Defendants MAERSK CUSTOMS SERVICES USA, INC. and MAERSK LOGISTICS & SERVICES USA, INC. ("Defendants"), by and through their attorneys of record, hereby jointly move for an extension of the time for Defendants to only Answer the Complaint by ten (10) days, from May 7, 2026, to May 17, 2026.  This is the first extension for Defendants' response to the Complaint. Good cause exists for the reason for the extension because Defendants require additional time to investigate the claims alleged in the Complaint.

Dated: May 6, 2026                    LAW OFFICES OF ALEXANDER MOGHADDAM, PC

                                      By: s/ B. Alexander Moghaddam
                                           B. ALEXANDER MOGHADDAM
                                           Attorneys for Defendants
                                           MAERSK CUSTOMS SERVICES USA, INC. and MAERSK LOGISTICS & SERVICES USA, INC.

Dated: May 6, 2026                    RUOCHEN LIU

                                      By: s/ Ruochen Liu
                                           7 DAY ATTORNEYS, APC
                                           Attorneys for Plaintiff METAL PROCESSING TECHNOLOGY LTC

-2-
**JOINT MOTION TO EXTEND LAST DAY FOR DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS (L.R. 12.1)**

I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: May 6, 2026

LAW OFFICES OF ALEXANDER MOGHADDAM, PC

By: s/ B. Alexander Moghaddam
B. Alexander Moghaddam
Attorneys for Defendants Maersk Customs Services USA Inc. and Maersk Logistics & Services USA Inc.

**JOINT MOTION TO EXTEND LAST DAY FOR DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS (L.R. 12.1)**