**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC, | Case No.: 3:26-cv-02762-DMS-SBC |
| Plaintiff, | Assigned to the Honorable Dana M. Sabraw |
| vs. | |
| ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; ARTOUR AROUTIOUNOV aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS, a California corporation; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN, alter ego of American Global Freights; and DOES 1 through 5, inclusive. | **ORDER GRANTING JOINT MOTION TO EXTEND LAST DAY FOR DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS (L.R. 12.1)** |
| Defendants. | |

- 1 -

**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS**

## ORDER GRANTING JOINT MOTION

The Court, having considered the Joint Motion between Plaintiff Metal Processing Technology LTC and Defendants Maersk Logistics & Services USA Inc. and Maersk Customs Services USA Inc. ("Defendants") to extend the last day for Defendants only to Answer Plaintiff's Complaint by 10 days, from May 7, 2026, to May 17, 2026, and finding good cause therefore, hereby orders as follows:

The last day for Defendants to Answer the Complaint is extended from May 7, 2026, to May 17, 2026.

**IT IS SO ORDERED.**

Dated:  May 7, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC. TO ANSWER COMPLAINT BY TEN DAYS