**POS-040**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
**B, ALEX MOGHADDAM**
**LAW OFFICES OF ALEXANDER MOGHADDAM, PC**
**1901 AVENUE OF THE STARS SUITE 200**
**LOS ANGELES, CA 90067**
TELEPHONE NO.: **(310) 315-3442**          FAX NO.: *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **Defendants**

*FOR COURT USE ONLY*
ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
5/6/2026 4:40:22 PM
Clerk of the Superior Court
By K. Villalva Lopez ,Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: **330 WEST BROADWAY**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
BRANCH NAME: **CENTRAL**

PETITIONER/PLAINTIFF: **METAL PROCESSING TECHNOLOGY LTC**

RESPONDENT/DEFENDANT: **ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; et al.**

| | |
|---|---|
| **PROOF OF SERVICE--CIVIL** | CASE NUMBER: **25CU053232C** |
| **Check method of service** (only one): | JUDGE: |
| ☐ **By Personal Service**  ☐ **By Mail**  ☑ **By Overnight delivery** ☐ **By Messenger Service** ☐ **By Facsimile**  ☑ **By Electronic Service** | DEPT: |

(Do not use this Proof of Service to show service of a Summons and Complaint.)

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My residence or business address is:

   **Apex Legal Services**
   **611 Wilshire Boulevard, Ste 700**
   **Los Angeles, CA 90017**

3. ☐ The fax number or electronic notification address from which I served the documents is (complete if service was by fax or electronic service):

4. On *(date):* **5/1/2026**                    I served the following **documents** *(specify):*

   **Notice to Adverse Party of Removal to Federal Court**

   ☐ The documents are listed in the *Attachment to Proof of Service--Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **persons** below, as follows:
   a. Name of person served: **See Attachment POS-040(P)**

   b. ☐ *(Complete if service was by personal service, mail, overnight delivery or messenger service.)*
      Business or residential address where person served:

   c. ☑ *(Complete if service was by fax or electronic service.)*
      (1) Fax number or e-mail address of person served, if service was by fax or e-mail: **See Attachment POS-040(P)**

      (2) Time of service: **May 1, 2026 - 4:10 PM**
   ☐ The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service--Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ By personal service. I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

*(Continued on back)*

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [New January 1, 2009] | **PROOF OF SERVICE--CIVIL**<br>**(Proof of Service)** | Code of Civil Proc., §§ 1010.6, 1011, 1013, 1013a<br>2015.5 Cal Rules of court, rules 2.250, 2.306<br>POS-040/66868 |

| PETITIONER: **METAL PROCESSING TECHNOLOGY LLC** | CASE NUMBER: |
| RESPONDENT: **ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; et al.** | **25CU053232C** |

**6. b.** ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the Unites States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occured. The envelope or package was placed in the mail at *(city and state):*

**c.** ☐ By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnigvht delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**d.** ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

**e.** ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

**f.** ☑ **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in item 5. I did not receive, within a resonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| **Brendan Etter** | |
| (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

**WorkOrder# 66868**

*(If item 6d is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or atthe attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

POS-040(P)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC vs. ICG USA, LLC | 25CU053232C |

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)
*(This attachment is for use with form POS-040.)*

**NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:**

| <u>Name of Person Served</u> | <u>Where Served</u> |
|---|---|
| *(If the person served is an attorney, the party or parties represented should also be stated.)* | *(Provide business or residential address where service was made by personal service, mail, overnight delivery, or messenger service. For service by fax, provide fax number.)* |
| U.S. Bancorp c/o Matthew E. Lilly | mlilly@ftrlfirm.com |
| Metal Processing Technology LTC c/o Ruochen Liu | RouchenLiu.Esq@gmail.com |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form Approved for Optional Use
Judicial Council of California
POS-040(P) [Rev. February 1, 2017]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)**
**(Proof of Service)**

Page 3 of 3

www.courts.ca.gov

Case 3:26-cv-02762-DMS-SBC   Document 6   Filed 05/11/26   PageID.107   Page 4 of 6

**POS-040**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

**B, ALEX MOGHADDAM**
**LAW OFFICES OF ALEXANDER MOGHADDAM, PC**
**1901 AVENUE OF THE STARS SUITE 200**
**LOS ANGELES, CA 90067**
    TELEPHONE NO.: **(310) 315-3442**        FAX NO.: *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **Defendants**

*FOR COURT USE ONLY*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

5/6/2026 4:40:22 PM

Clerk of the Superior Court
By  K. Villalva Lopez  ,Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
     STREET ADDRESS: **330 WEST BROADWAY**
     MAILING ADDRESS:
     CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
     BRANCH NAME: **CENTRAL**

PETITIONER/PLAINTIFF: **METAL PROCESSING TECHNOLOGY LTC**

RESPONDENT/DEFENDANT: **ICG USA, LLC; EMILIA ARUTYUNOVA; et al.**

| CASE NUMBER: |
|---|
| **25CU053232C** |

| **PROOF OF SERVICE--CIVIL** | JUDGE: |
|---|---|
| | DEPT: |

**Check method of service** (only one):

| | | | |
|---|---|---|---|
| ☐ | **By Personal Service** | ☐ **By Mail** | ☑ **By Overnight delivery** |
| ☐ | **By Messenger Service** | ☐ **By Facsimile** | ☐ **By Electronic Service** |

(Do not use this Proof of Service to show service of a Summons and Complaint.)

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My residence or business address is:

    **Apex Legal Services**
    **611 Wilshire Boulevard, Ste 700**
    **Los Angeles, CA 90017**

3. ☐   The fax number or electronic notification address from which I served the documents is (complete if service was by fax or electronic service):

4. On *(date):* **5/1/2026**          I served the following **documents** *(specify):*

    **Notice to Adverse Party of Removal to Federal Court**

    ☐   The documents are listed in the *Attachment to Proof of Service--Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **persons** below, as follows:
    a. Name of person served:  **See Attachment POS-040(P)**

    b. ☑ *(Complete if service was by personal service, mail, overnight delivery or messenger service.)*
       Business or residential address where person served:

       **See Attachment POS-040(P)**

    c. ☐ *(Complete if service was by fax or electronic service.)*
       (1) Fax number or e-mail address of person served, if service was by fax or e-mail:

       (2) Time of service:
    ☐   The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service--Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

    a. ☐   By personal service. I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

*(Continued on back)*

**PROOF OF SERVICE--CIVIL**
**(Proof of Service)**

| PETITIONER: **METAL PROCESSING TECHNOLOGY LTC** | CASE NUMBER: |
| RESPONDENT: **ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; et al.** | **25CU053232C** |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

(1) ☐ deposited the sealed envelope with the Unites States Postal Service, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occured. The envelope or package was placed in the mail at *(city and state):*

c. ☑ By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnigvht delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☐ **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in item 5. I did not receive, within a resonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| **Brendan Etter** | ▶ |
| (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

**WorkOrder# 66868**

*(If item 6d is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or atthe attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

| | ▶ |
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

**PROOF OF SERVICE--CIVIL**
**(Proof of Service)**

POS-040(P)

| SHORT TITLE:<br>METAL PROCESSING TECHNOLOGY LTC vs. ICG USA, LLC | CASE NUMBER:<br>25CU053232C |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)
*(This attachment is for use with form POS-040.)*

### NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:

| Name of Person Served | Where Served |
|---|---|
| *(If the person served is an attorney, the party or parties represented should also be stated.)* | *(Provide business or residential address where service was made by personal service, mail, overnight delivery, or messenger service. For service by fax, provide fax number.)* |
| U.S. Bancorp c/o Matthew E. Lilly | 15615 Alton Parkway, Ste. 270, Irvine, CA 92618 |
| Metal Processing Technology LTC c/o Ruochen Liu | 100 N Barranca St Ste #7060, West Covina, CA 91791 |

Form Approved for Optional Use
Judicial Council of California
POS-040(P) [Rev. February 1, 2017]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)**
**(Proof of Service)**

Page 3 of 3

*www.courts.ca.gov*