B. Alexander Moghaddam (SBN 141199)
Law Offices of Alexander Moghaddam, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.:   (310) 315 – 3442
Fax:   (310) 315 – 4144
alex@moghaddamlaw.com

Attorneys for Defendants
MAERSK CUSTOMS SERVICES USA,
INC. and MAERSK LOGISTICS &
SERVICES USA, INC.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC,<br><br>                 Plaintiff,<br><br>        vs.<br><br>ICG USA, LLC; EMILIA ARUTYUNOVA aka Emiliya Aroutiounov; ARTOUR AROUTIOUNOV aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS, a California corporation; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN, alter ego of American Global Freights; and DOES 1 through 5, inclusive.<br><br>                 Defendants. | Case No.: 3:26–cv–02762–DMS–SBC<br><br>Assigned to the Honorable Dana M. Sabraw<br><br>**DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT** |

Defendants MAERSK CUSTOMS SERVICES USA, INC. ("Maersk Customs") and MAERSK LOGISTICS & SERVICES USA, INC. ("Maersk Logistics") (collectively, "Defendants"), for their answer to the Complaint of

– 1 –

Plaintiff Metal Processing Technology LTC, herein admit, deny, and allege as follows:

## Page 2 of the Complaint

1.    Line 3: Defendants do not dispute that Plaintiff alleges damages in excess of $35,000 in this matter.

2.    Paragraph 1,[1] lines 6 – 7: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 1, lines 6 – 7 of page 2 of the Complaint, and on that basis deny all such allegations.

3.    Paragraph 1, lines 8 – 11: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 1, lines 8 – 11 of page 2 of the Complaint, and on that basis deny all such allegations.

4.    Paragraph 2, lines 12 – 17: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 2, page 2 of the Complaint, and on that basis deny all such allegations.

5.    Paragraph 3, lines 18 – 23: Defendants admit that Maersk Customs has offices at 180 Park Avenue, Florham Park, New Jersey 07932, and that its agent for service of process is CT Corporation. Except as expressly admitted, Defendants deny each and every allegation in paragraph 3 of the Complaint.

6.    Paragraph 4, page 2, lines 24 – 28 through page 3, lines 1-2: Defendants admit that Maersk Logistics has offices at 180 Park Avenue, Florham Park, New Jersey 07932, and that its agent for service of process is CT

---

[1] All references to paragraphs herein refer to numbered paragraphs as they appear in the Complaint. References to lines are approximate. Where a line of text in the Complaint falls between two line numbers, the line number referenced herein generally refers to the higher of the two line numbers.

– 2 –

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

Corporation. Except as expressly admitted, Defendants deny each and every allegation in paragraph 4, pages 2 – 3, of the Complaint.

### Page 3 of the Complaint

7.    Paragraph 5, lines 4 – 5: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 5, page 3 of the Complaint, and on that basis deny all such allegations.

8.    Page 3, lines 6 – 15 through Page 4, lines 1-9: Defendants deny each and every allegation on Page 3, lines 6-15, through Page 4, lines 1-9, as applied to Defendants.

### Page 4 of the Complaint

9.    Lines 10 – 17: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of lines 10 – 17 of page 4 of the Complaint and on that basis deny all such allegations.

10.    Paragraph 11, lines 18 – 19: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 11, page 4 of the Complaint, and on that basis deny all such allegations.

11.    Paragraph 12, lines 20 – 22: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 12, page 4 of the Complaint, and on that basis deny all such allegations.

12.    Paragraph 13, lines 23-24: Paragraph 13, page 4 of the Complaint, does not require a response from Defendants.

13.    Paragraph 14, lines 25-26: Defendants admit that Plaintiff alleges punitive damages in this matter. Except as expressly admitted, Defendants deny each and every allegation in said paragraph 14, page 4 of the Complaint, as applied to Defendants.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

14.    Line 27: Defendants deny each and every allegation in Line 27, page 4 of the Complaint, as applied to Defendants.

15.    Paragraph 15, page 4, line 28 through page 5, lines 1 – 3: Defendants deny each and every allegation in Paragraph 15, pages 4 – 5 of the Complaint, as applied to Defendants.

### Page 5 of the Complaint

16.    Paragraph 16, lines 4 – 7 of the Complaint: Defendants deny each and every allegation in paragraph 16, page 5 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 16, page 5 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

17.    Paragraph 17, lines 8 – 9: Defendants deny each and every allegation in paragraph 17, page 5 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 17, page 5 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

18.    Paragraph 18, lines 10-12: Defendants deny each and every allegation in paragraph 18, lines 10-12 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 18, lines 10-12 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

### First Cause of Action for Fraud by Intentional Misrepresentation

As against American Global Freights, Maersk Customs Services USA Inc.; Maersk Logistics & Services Usa Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

19.    Paragraph 19, lines 24 – 25: Defendants fully incorporate herein by reference their responses to the forgoing paragraphs.

20.    Paragraph 20, page 5, lines 26 – 28 through page 6, line 1: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 20, pages 5 – 6 of the Complaint, and on that basis deny all such allegations.

### Page 6 of the Complaint

21.    Paragraph 21, lines 2 – 4: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 21, page 6 of the Complaint, and on that basis deny all such allegations.

22.    Paragraph 22, line 5: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 22, page 6 of the Complaint, and on that basis deny all such allegations.

23.    Paragraph 23, lines 6 – 7: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 23, page 6 of the Complaint, and on that basis deny all such allegations.

24.    Paragraph 24, lines 8 – 10: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 24, page 6 of the Complaint, and on that basis deny all such allegations.

25.    Paragraph 25, lines 11 – 12: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 25, page 6 of the Complaint, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

26. <u>Paragraph 26, lines 15 – 16</u>: Defendants deny each and every allegation in paragraph 26, page 6 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 26, page 6 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

27. <u>Paragraph 27, lines 21 – 23</u>: Defendants deny each and every allegation in paragraph 27, page 6 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 27, page 6 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

28. <u>Paragraph 28, lines 24 – 28</u>:  Paragraph 28, page 6, contains no allegations requiring a response. To the extent paragraph 28 requires a response, Defendants deny each and every allegation in paragraph 28 as applied to Defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as they pertain to other parties, and on that basis deny all such allegations.

### Page 7 of the Complaint

### Second Cause of Action for Promissory Fraud

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

29. <u>Paragraph 29, lines 8 – 9</u>: Defendants fully incorporate herein by reference their responses to the forgoing paragraphs.

30. <u>Paragraph 30, lines 11 – 14</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

of paragraph 30, page 7 of the Complaint, and on that basis deny each and every such allegation.

31.    Paragraph 31, lines 15 – 16: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 31, page 7 of the Complaint, and on that basis deny each and every such allegation.

32.    Paragraph 32, lines 17 – 18: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 32, page 7 of the Complaint, and on that basis deny each and every such allegation.

33.    Paragraph 33, lines 18 – 20: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 33, page 7 of the Complaint, and on that basis deny each and every such allegation.

34.    Paragraph 34, lines 21 – 22: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 34, page 6 of the Complaint, and on that basis deny each and every such allegation.

35.    Paragraph 35, lines 23 - 25: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 35, page 7 of the Complaint, and on that basis deny each and every such allegation.

36.    Paragraph 36, page 7, lines 26 – 28 through page 8, line 1: Defendants deny each and every allegation in paragraph 36, pages 6-7, of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 36, pages 7 – 8 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

**Page 8 of the Complaint**

37.    Paragraph 37, lines 2 – 4: Defendants deny each and every allegation in paragraph 37, page 8, of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 37, page 8 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

38.    Paragraphs 38 – 39, lines 5 – 6: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 38 - 39, page 8 of the Complaint, and on that basis deny each and every such allegation.

39.    Paragraph 40, lines 7 – 16: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation of paragraph 40, page 8, of the Complaint regarding Plaintiff's reliance on a false promise by a Doe defendant, and on that basis deny the allegation. The remaining allegations of paragraph 40, page 8, consist of purported statements of the law, to which no response is required, and sentence fragments that are indefinite and incomprehensible such that Defendants are unable to formulate a response.

40.    Paragraph 41, lines 17 – 19: Defendants deny each and every allegation in paragraph 41, page 8 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 41, page 8 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

41.    Paragraph 42, lines 20 – 22: Paragraph 42, page 8, does not require a response from Defendants. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

the allegations as they pertain to other parties, and on that basis deny all such allegations.

### Third Cause of Action for Conversion

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

### Page 9 of the Complaint

42.   Paragraph 43, lines 2 – 4: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

43.   Paragraph 44, lines 6 – 7: Defendants deny each and every allegation in paragraph 44, page 9 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 44, page 9 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

44.   Paragraph 45, lines 8 – 10: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 45, page 9 of the Complaint, and on that basis deny all such allegations.

45.   Paragraph 46, lines 11 – 18: Defendants deny each and every allegation in paragraph 46, page 9 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 46, page 9 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

46.   Paragraph 47, lines 17 – 18: Defendants deny each and every allegation in paragraph 47, page 9 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 47, page 9 of the

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

Complaint, as they pertain to other parties, and on that basis deny all such allegations.

47. <u>Paragraph 48, line 19</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 48, page 9 of the Complaint and on that basis deny all such allegations.

48. <u>Paragraph 49, line 20</u>: Defendants deny each and every allegation in paragraph 49, page 9 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 49, page 9 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

49. <u>Paragraph 50, lines 22 – 23</u>: Defendants deny each and every allegation in paragraph 50, page 9 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 50, page 9 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

50. <u>Paragraph 51, lines 24 – 28</u>: Paragraph 51, page 9, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants.

## <u>Page 10 of the Complaint</u>

### <u>Fourth Cause of Action for Intentional Infliction of Emotional Distress</u>

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

51. <u>Paragraph 52, lines 2 – 4</u>: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

– 10 –

52.     Paragraph 53, lines 10 – 13: Defendants deny each and every allegation in paragraph 53, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 53, page 10 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

53.     Paragraph 54, lines 14 – 15: Defendants deny each and every allegation in paragraph 54, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 54, page 10 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

54.     Paragraph 55, line 17: Defendants deny each and every allegation in paragraph 55, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 55, page 10 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

55.     Paragraph 56, line 18: Defendants deny each and every allegation in paragraph 56, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 56, page 10 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

56.     Paragraphs 57 – 58, lines 19 – 22: Defendants deny each and every allegation in paragraphs 57 – 58, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraphs 57 – 58, page 10 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

57. Paragraph 59, lines 23 – 25: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 59, page 10 of the Complaint, and on that basis deny all such allegations.

58. Paragraph 60, lines 26 – 27: Defendants deny each and every allegation in paragraph 60, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 60, page 10 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

### Page 11 of the Complaint

59. Lines 2 – 9: Lines 2 – 9, page 11 of the Complaint do not require a response. To the extent lines 2 – 9, page 11 of the Complaint, require a response, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of as they pertain to other parties, and on that basis deny all such allegations.

60. Paragraph 61, lines 10 – 13: Paragraph 61, page 11 of the Complaint, does not require a response. To the extent paragraph 61, page 11 of the Complaint, requires a response, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of as they pertain to other parties, and on that basis deny all such allegations.

//
//
//
//

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

### Fifth Cause of Action for Violation of the RICO Act

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

61. Paragraph 62, lines 20 – 21: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

62. Paragraph 63, page 11, lines 22 – 28 through page 12, lines 1 – 6: The allegations of paragraph 63, pages 11-12 of the Complaint do not require a response. To the extent a response is required, Defendants deny each and every allegation in said paragraph as applied to them.

### Page 12 of the Complaint

63. Paragraph 64, lines 7 – 9: Defendants deny each and every allegation in paragraph 64, page 12 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 64, page 12 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

64. Paragraph 65, lines 9 – 11: Defendants admit they do business in more than one state.  Except as expressly admitted, Defendants deny each and every allegation in Paragraph 65, page 12 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations pertaining to other parties, and on that basis deny all such allegations.

65. Paragraph 66, lines 12 – 13: Paragraph 66, page 12 of the Complaint, consists of indefinite and incomprehensible allegations, and on that basis Defendants deny each and every allegation therein as applied to Defendants.

66. Paragraph 67, lines 14 – 16: Defendants deny each and every allegation in paragraph 67, page 12 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

the truth or falsity of the remaining allegations of paragraph 67, page 12 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

67. Paragraph 68, lines 17 – 18: Defendants deny each and every allegation in paragraph 68, page 12 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 68, page 12 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

68. Paragraph 69, lines 19 – 28: Paragraph 69, page 12 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

## Page 13 of the Complaint

69. Paragraph 70, lines 3 – 12: Paragraph 70, page 13 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

70. Paragraph 71, lines 13 – 15: Paragraph 71, page 13 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

71.   Paragraph 72, lines 16 – 18: Paragraph 72, page 13 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

72.   Paragraph 73, lines 19 – 25: Paragraph 73, page 13 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

73.   Paragraph 74, lines 26 – 27: Paragraph 73, page 13 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegation.

### Page 14 of the Complaint

### Sixth Cause of Action for Conspiracy to Violate the RICO Act

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

74.   Paragraph 75, lines 7 – 8: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

75.   Paragraph 76, line 9: Defendants deny each and every allegation in paragraph 76, page 14 of the Complaint, as applied to Defendants. Defendants are

without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 76, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

76.    Paragraph 77, lines 10 – 13: Defendants admit they do business in more than one state. Except as expressly admitted, Defendants deny each and every allegation in paragraph 77, page 14 of the Complaint, as applied to Defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 77, page 14 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

77.    Paragraph 78, lines 14 – 16: Defendants deny each and every allegation in paragraph 78, page 14 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 78, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

78.    Paragraph 79, lines 17 – 19: Defendants deny each and every allegation in paragraph 79, page 14 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 79, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

79.    Paragraph 80, lines 20 – 21: Defendants deny each and every allegation of paragraph 80, page 14 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 80, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

80.    Paragraph 81, lines 22 – 23: Defendants deny each and every allegation in paragraph 81, page 14 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

the truth or falsity of the allegations of paragraph 81, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

81.    Paragraph 82, lines 24 – 26: Paragraph 82, page 14 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

## Page 15 of the Complaint

### Seventh Cause of Action for Civil Conspiracy

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

82.    Paragraph 83, lines 6 – 8: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

83.    Paragraph 84, lines 9 – 11: Defendants deny each and every allegation in paragraph 84, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 84, page 15 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

84.    Paragraph 85, lines 12 – 13: Defendants deny each and every allegation in paragraph 85, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 85, page 15 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

85.    Paragraph 86, lines 14 – 15: Paragraph 86, page 15 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without

knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

86.    Paragraph 87, lines 16 – 17: Paragraph 87, page 15 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

87.    Paragraph 88, line 18: Defendants deny each and every allegation in paragraph 88, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 85, page 15 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

88.    Paragraph 89, lines 19 – 22: Defendants deny each and every allegation in paragraph 89, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 89, page 15 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

89.    Paragraph 90, lines 23 – 25: Defendants deny each and every allegation in paragraph 90, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 90, page 15 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

//

//

//

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

**Page 16 of the Complaint**

**Eighth Cause of Action for Negligence-Respondeat Superior [Vicarious Liability]**

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

90.    Paragraph 91, lines 5 – 6: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

91.    Paragraph 92, line 7: Paragraph 92, page 16 of Complaint, does not require a response.

92.    Paragraph 93, lines 8 – 12: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 93, page 16 of the Complaint, and on that basis deny all such allegations.

93.    Paragraph 94, lines 13 – 17: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 94, page 16 of the Complaint, and on that basis deny all such allegations.

94.    Paragraph 87, line 18: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 87, page 16 of the Complaint, and on that basis deny all such allegations.

95.    Paragraph 88, lines 19 – 20: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 88, page 16 of the Complaint and on that basis deny all such allegations.

96.    Paragraph 89, lines 21 – 22: Paragraph 89, page 16 of the complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response.

97.   Paragraph 90, lines 22 - 25: Paragraph 90, page 16 of Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response.

98.   Paragraph 91, lines 26 - 28: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 91, page 16 of the Complaint, and on that basis deny all such allegations.

### Page 17 of the Complaint

99.   Paragraphs 92 - 93, lines 1 – 4: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 92 – 93, page 17 of the Complaint, and on that basis deny all such allegations.

100.   Paragraph 94, lines 5 – 6: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 94, page 17 of the Complaint, and on that basis deny all such allegations.

101.   Paragraph 95, lines 7 – 10: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 95, page 17 of the Complaint, and on that basis deny all such allegations.

102.   Paragraph 96, line 11: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 96, page 17 of the Complaint, and on that basis deny all such allegations.

103.   Paragraph 97, lines 12 - 13: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 97, page 17 of the Complaint, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

104.   Paragraph 98, lines 14 - 15: Defendants deny each and every allegation in paragraph 98, page 17 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 98, page 17 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

105.   Paragraph 99, line 16: Defendants deny each and every allegation in paragraph 99, page 17 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 99, page 17 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

106.   Paragraph 100, lines 18 – 20: Defendants deny each and every allegation in Paragraph 100, page 17 of the Complaint, as applied to Defendants.

107.   Paragraph 101, lines 21 – 25: Defendants deny each and every allegation in paragraph 101, page 17 of the Complaint, as applied to Defendants.

108.   Paragraph 102, lines 26 – 27: Defendants deny each and every allegation in paragraph 102, page 17 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 102, page 17 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

109.   Paragraph 103, line 28: Defendants deny each and every allegation in paragraph 103, page 17 of the Complaint, as applied to Defendants.

**Page 18 of the Complaint**

110.   Paragraph 104, lines 2 – 3: Defendants deny each and every allegation in paragraph 104, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 104, page 18 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

111.    Paragraph 105, lines 3 – 10: Defendants deny each and every allegation in paragraph 105, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 105, page 18 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

112.    Paragraph 106, lines 12 – 13: Paragraph 106, page 18 of the Complaint, does not require a response.  To the extent a response is required, Defendants deny each and every allegation in paragraph 106, page 18 of the Complaint.

113.    Paragraph 107, lines 14 – 15: Defendants deny each and every allegation in paragraph 107, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 107, page 18 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

114.    Paragraph 108, lines 16 – 17: Defendants deny each and every allegation in paragraph 108, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 108, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

115.    Paragraph 109, line 18: Paragraph 109, page 18 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants.

116.    Paragraph 110, lines 20 – 24: Defendants deny each and every allegation in paragraph 110, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 110, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

117. <u>Paragraph 111, lines 25 – 26</u>: Defendants deny each and every allegation in paragraph 111, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 111, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

## Page 19 of the Complaint

### Ninth Cause of Action for Breach of Written Contract

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; U.S. Bancorp; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

118. <u>Paragraph 112, lines 5 – 6</u>: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

119. <u>Paragraph 113, lines 8 - 10</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 113, page 19 of the Complaint, and on that basis deny all such allegations.

120. <u>Paragraph 114, lines 11 - 12</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 114, page 19 of the Complaint, and on that basis deny all such allegations.

121. <u>Paragraph 115, lines 13 - 17</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 115, page 19 of the Complaint, and on that basis deny all such allegations.

122. <u>Paragraph 116, line 18</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 116, page 19 of the Complaint, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

123. Paragraph 117, lines 19 – 20: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 117, page 19 of the Complaint, and on that basis deny all such allegations.

124. Paragraph 118, lines 21 – 22: Paragraph 118, page 19 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 118, page 19 of the Complaint, as they pertain to other parties and on that basis deny all such allegations.

125. Paragraph 119, lines 26 – 28: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 119, page 19 of the Complaint, and on that basis deny all such allegations.

**Page 20 of the Complaint**

126. Paragraphs 120 – 121, lines 2 – 4: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 120 – 122, page 20 of the Complaint, and on that basis deny all such allegations.

127. Paragraph 122, lines 5 – 6: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 122, page 20 of the Complaint, and on that basis deny all such allegations.

128. Paragraph 123, lines 8 – 11: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 123, page 20 of the Complaint, and on that basis deny all such allegations.

129.    Paragraph 124, line 12: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 124, page 20 of the Complaint, and on that basis deny all such allegations.

130.    Paragraph 125, lines 13 – 14: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 125, page 20 of the Complaint, and on that basis deny all such allegations.

131.    Paragraph 126, lines 15 – 16: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 126, page 20 of the Complaint, and on that basis deny all such allegations.

132.    Paragraph 127, line 17: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 127, page 20 of the Complaint, and on that basis deny all such allegations.

133.    Paragraph 128, lines 19 – 21: Defendants deny each and every allegation in Paragraph 128, page 20 of the Complaint, as applied to Defendants.

134.    Paragraph 129, lines 22 – 26: Defendants deny each and every allegation in Paragraph 129, page 20 of the Complaint, as applied to Defendants.

135.    Paragraph 130, lines 27 – 28: Defendants deny each and every allegation in Paragraph 130, page 20 of the Complaint, as applied to Defendants.

**Page 21 of the Complaint**

136.    Paragraph 131, line 2: Defendants deny each and every allegation in Paragraph 131, page 21 of the Complaint.

137.    Paragraph 132, lines 3 - 4: Defendants deny each and every allegation in Paragraph 132, page 21 of the Complaint.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

## Tenth Cause of Action for Negligence

Against all Defendants and DOES 1-10

138. Paragraph 133, lines 7 – 8: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

139. Paragraph 134, lines 9 – 12: Defendants deny each and every allegation in paragraph 134, page 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 134, page 21 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

140. Paragraph 135, lines 9 – 15: Defendants deny each and every allegation in paragraph 135, page 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 135, page 21 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

141. Paragraph 85, lines 23 – 24: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

142. Paragraph 86, line 25: Paragraph 86, page 21, does not require a response.

143. Paragraph 87, page 21, lines 26 – 28 through page 22, lines 2 – 3: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 87, pages 21 – 22 of the Complaint, and on that basis deny all such allegations.

## Page 22 of the Complaint

144. Paragraph 88, lines 4 – 7: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 88, page 22 of the Complaint, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

145.   Paragraph 87, lines 8 – 9: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 87, page 22 of the Complaint, and on that basis deny all such allegations.

146.   Paragraph 88, lines 10 – 11: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 88, page 22 of the Complaint, and on that basis deny all such allegations.

147.   Paragraph 89, lines 12 – 13: Paragraph 89, page 22 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 89, page 22, of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

148.   Paragraph 90, lines 14 – 16: Paragraph 90, page 22, does not require a response.

149.   Paragraph 91, lines 17 – 19: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 91, page 22 of the Complaint, and on that basis deny all such allegations.

150.   Paragraphs 92 – 93, lines 20 – 22: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 92 – 93, page 22 of the Complaint, and on that basis deny all such allegations.

151.   Paragraph 94, lines 23 – 24: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

of paragraph 94, page 22 of the Complaint, and on that basis deny all such allegations.

152.   <u>Paragraph 95, lines 25 – 28</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 95, page 22 of the Complaint, and on that basis deny all such allegations.

### Page 23 of the Complaint

153.   <u>Paragraph 96, lines 2 – 3</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 96, page 23 of the Complaint, and on that basis deny all such allegations.

154.   <u>Paragraph 97, lines 4 – 6</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 97, page 23 of the Complaint, and on that basis deny all such allegations.

155.   <u>Paragraph 133, lines 7 – 9</u>: Paragraph 133, page 23 of the Complaint, does not require a response.  To the extent a response is required, Defendants deny each and every allegation in said paragraph.

156.   <u>Paragraphs 134 and 135, lines 10-14</u>: Paragraphs 134 and 135, page 23 of the Complaint, do not require a response.

### DEFENDANTS' AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against Defendants upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were proximately caused by the negligence and fault of Plaintiff.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were proximately caused by third parties for whom Defendants are not responsible, and any damages otherwise awarded against Defendants should be reduced in proportion thereto, if not apportioned completely to said third parties.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were proximately caused by Plaintiff's own failure(s) to make reasonable efforts to mitigate said damages.

### FIFTH AFFIRMATIVE DEFENSE

Defendants' liability, if any, is limited to their equitable share of the total culpable conduct of all causes contributing to the alleged harm, both parties and non-parties.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were the proximate result of risks, hazards and dangers well known to Plaintiff, and Plaintiff with full knowledge thereof knowingly and voluntarily assumed such risks, hazards and dangers.

### SEVENTH AFFIRMATIVE DEFENSE

If Plaintiff did sustain any loss or damages, none of said damages was caused or contributed to by any fault or neglect on the part of Defendants but from a cause or causes from which Defendants are expressly exempted from responsibility by the terms and conditions of the applicable agreements, bill(s) of lading, waybills, tariffs, and/or service contracts covering the carriage. Defendants claim the benefit of each and every provision contained in said instruments including, but not limited to, the exoneration, limitation of liability, time-bar, choice of law and jurisdiction and arbitration provisions therein, and beg leave to amend this Answer and to offer proof thereof when more fully advised of the details concerning said loss or damages.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each cause of action therein, is barred by the unclean hands of Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred by the doctrine of estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants allege that any recovery is barred herein because Plaintiff lacks standing to assert the causes of action in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

All causes of action alleged by Plaintiff are barred because of Plaintiff's breaches of the contracts of carriage and other agreements asserted in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the applicable statute of limitations, including but not limited to 46 U.S.C. § 30701, Note, Sec. 3(6) of COGSA.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to the doctrine of *forum non conveniens*.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrine of laches

## SIXTEENTIETH AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over Defendants, and therefore the Complaint, and each cause of action therein, should be dismissed for lack of personal jurisdiction.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT

## **PRAYER**

WHEREFORE, Defendants pray that Plaintiff take nothing by said Complaint and that said Complaint be dismissed and that Defendants have and recover their costs of suits herein, and for such other and further relief as may be just.

Dated: May 18, 2026                    LAW OFFICES OF ALEXANDER
                                       MOGHADDAM, PC

                                       By: s/ B. Alexander Moghaddam
                                           B. Alexander Moghaddam
                                           Attorneys for Defendants Maersk
                                           Customs Services USA, Inc. and Maersk
                                           Logistics & Services USA, Inc.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO COMPLAINT