**Ruochen Liu   SBN 350852**
7 Day Attorneys, APC
100 N. Barranca St., #7060
West Covina, CA 91791  Phone: (314)285-5165
Email: RuochenLiu.Esq@gmail.com
Attorney for Plaintiff Metal Processing Technology LTC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Metal Processing** <br><br> **Technology LTC,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS [A California Corporation]; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; Ararat Baghdasaryn [aka alter ego of American Global Freights]** and DOES 1 – 5, Inclusive, <br><br> Defendants. | Case No.:  3:26-CV-02762-DMS-SBC <br><br> PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND** <br><br> **Date: July 10, 2026** <br> **Time:  1:30PM** <br> Courtroom**:  13A** (13th Flr) <br> Judge: Hon. Dana M. Sabraw <br><br> Action Filed: <br> Action removed: 04/30/26 <br> []30 days fell on a weekend] <br><br> The Hearing was Reserved with Law Clerk in Chambers <br><br> Court email for <br> Proposed Orders: <br> **efile_sabraw@casd.uscourts.gov** |

1

TO DEFENDANTS, and to their attorneys of record:

**PLEASE TAKE NOTICE** that on **July 10, 2026 at 1:30PM** in Courtroom # **13A**

at United States District Court, Southern District of California

located **at  333 West Broadway, San Diego, CA 92101**

may be heard, for an order remanding this cause to the Superior Court of the

State of California for the County of San Diego.

This motion is made on the **ground that the cause was improperly removed**

**and is not within the jurisdiction of this court, in that:**

**A.  The other defendants did not jointly agree to remove the case to Federal Court.**

**B.** This court has no jurisdiction of the claim asserted in the complaint; **and**

C.  The complaint herein does not present a claim or right arising under the

Constitution, treaties, or laws of the United State; **and**

D.  Defendants are not one of the parties referred to in Section 1442a of Title 28

of the United States Code; **and**

E.  This action is not a civil rights case within Section 1443 of Title 28 of

the United States Code.

A memorandum of law in support of the above motion are attached hereto and made

part hereof.

### MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO REMAND REMOVED ACTION

I.   STATEMENT OF FACTS

This case was originally filed by Plaintiff *in pro per* in the Superior Court of the State of

California.

Plaintiff brought his action primarily under State Court Torts.

This court has no jurisdiction of the claim asserted in the complaint; **and**

The complaint herein does not present a claim or right arising under the Constitution, treaties, or laws of the United State; **and**

**The other defendants did not stipulate nor consent to the removal to Federal Court when Maersk Customs Services USA Inc filed the Notice of Removal.**

Defendants are not one of the parties referred to in Section 1442a of Title 28 of the United States Code; **and**

This action is not a civil rights case within Section 1443 of Title 28 of the United States Code; and

There's no diversity of parties in this action. and the <u>Action was not transferred timely</u>.

### ARGUMENT

I.    <u>Remand is required because all Defendants did not consent to the removal.</u>

28 United States Code Sections 1446 (2)a requires all defendants in a multi-defendant case to consent to removal.  There is no such consent here; all Defendants have not consented.  As a result, without more, the case should be remanded.

II.    <u>Remand is appropriate because there is no complete diversity of citizenship among the Defendants</u>.

Defendant's Notice of Removal to Federal Court shows that there is not complete diversity of citizenship among the Defendants.    There is no indication that they are not citizens of the State of California.  Complete diversity of citizenship among all Defendants is required by 28 U.S.C. Section 1446(2)a.  That diversity is not present here. Several Defendants' status as a California citizen alone destroys that diversity.   As a result, remand is required.

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

III.   <u>There is no Federal question presented justifying the removal.</u>

The only claims presented which remotely implicate a Federal question are the claims of a RICO violation and conspiracy to violate RICO.  The California state court has concurrent jurisdiction over those claims.  *Tafflin v. Levitt,* 493 U.S. 455, 466-467 (1990).  As a result, those

II.  THE ORIGINAL COMPLAINT MUST HAVE ESSENTIAL ELEMENTS

claims do not require or even support removal.  Remand is the appropriate result.

## III. CONCLUSION

IV. For all of the foregoing reasons, Plaintiff respectfully request that this motion be granted in its entirety and the case remanded to the California Superior Court

TO SATISFY THE JUSTICATION OF REMOVAL TO FEDERAL COURT.

Any civil action which the district courts have original jurisdiction founded

on a claim or right arising under the Constitution, laws, or treaties, of the United

States is removable without regard to the citizenship or residence of the parties

[28 U.S.C.S. § 1441(b); Such right must be an essential element of the plaintiff's

cause of action before the action will be removed.

See ***Takeda v. Northwestern Nat. Life Ins. Co.*** (9th Cir. 1985) 765 F.2d 815, 822.

***Here***, in this case plaintiff's complaint didn't have any claims arising out of

any of the grounds for putting the case into Federal Court. Therefore, the

defendants abused the court process by filing a Notice of Removal..

Dated: June 1, 2026

By: _ *Ruochen Liu*

Ruochen Liu, Attorney for Plaintiff

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

**DECLARATION OF RUOCHEN LIU**

**I, Ruochen Liu, declare:**

I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

Plaintiff brought his action under State Court Torts.

**The other defendants did not stipulate nor consent to the removal to Federal Court when Maersk Customs Services USA Inc filed the Notice of Removal.**

This court has no jurisdiction of the claim asserted in the complaint; **and**

The complaint herein does not present a claim or right arising under the Constitution, treaties, or laws of the United State; **and**

Defendants are not one of the parties referred to in Section 1442a of Title 28 of the United States Code; **and**

This action is not a civil rights case within Section 1443 of Title 28 of the United States Code; and

There's no diversity of parties in this action.

**The Causes of action consist of** all state causes except for Violation of Rico Act and Conspiracy to Violate Rico Act, which are both triable in Federal Court or State Court.

1.    FRAUD BY INTENTIONAL MISREPRESENTATION;

2.    FRAUD BY FALSE PROMISE [PROMISSORY FRAUD];

3.    CONVERSION;

4.    INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;

5.     VIOLATION OF RICO ACT;

6.     CONSPIRACY TO VIOLATE RICO ACT;

7.     CIVIL CONSPIRACY;

8.     NEGLIGENCE Respondeat Superior;

9.     Breach of Written Contract

10.     Negligence;

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 1, 2026 in West Covina, California

Dated: June 1, 2026

By  *Ruochen Liu*

Ruochen Liu, Attorney for Plaintiff

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

**CERTIFICATE OF SERVICE / PROOF OF SERVICE**

STATE OF CALIFORNIA                                  )
                                                                          ) ss.
COUNTY OF SAN DIEGO                              )

 I am over the age of 18 years and
not a party to the within entitled action. The fee for service of process was $0.00

My business or mailing address is:
        Ruochen Liu
        100 N. Barranca Street, #7060
        West Covina, CA 91971
             Email: RuochenLiu.esq@gmail.com

***On **June 1, 2026** **I served** the document attached hereto or provided herewith, **namely**:
 PLAINTIFF's
MOTION TO REMAND REMOVED ACTION; MEMORANDUM OF POINTS AND
AUTHORITIES; AND DECLARATION  and PROPOSED ORDER

    x    (**by Mail**) By placing a true copy thereof enclosed in a sealed envelope, with postage
thereon fully prepaid to be placed in the U.S. Mail, addressed as set forth below. I am readily
familiar with the attorney for the party serving this document's practice for collection and
processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same
day as the day of collection in the ordinary course of business. I am aware that on motion of party
served, service is presumed invalid if postal cancellation date or postage meter date is more than 1
day after date of deposit for mailing in affidavit.
**ADDRESSES:**
        Alex Moghaddam at Email:  alex@moghaddamlaw.com
        No other defendants have filed a responsive pleading yet.

I certify or declare, under penalty of perjury under the laws of the United States

Of America  that the foregoing is true and correct.

Executed on **June 1, 2026 in West Covina, California**

By x  *Ruochen Liu*

        Ruochen Liu, Attorney for Plaintiff

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

**Ruochen Liu   SBN 350852**
7 Day Attorneys, APC
100 N. Barranca St., #7060
West Covina, CA 91791  Phone: (314)285-5165
Email: RuochenLiu.Esq@gmail.com
Attorney for Plaintiff Metal Processing Technology LTC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Metal Processing Technology LTC,**<br><br>                     **Plaintiff,**<br><br>vs.<br><br>**ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS [A California Corporation]; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; Ararat Baghdasaryn [aka alter ego of American Global Freights]** and DOES 1 – 5, Inclusive,<br><br>                     Defendants. | Case No.:  3:26-CV-02762-DMS-SBC<br><br>[PROPOSED] **ORDER ON** PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S **MOTION TO REMAND REMOVED ACTION**<br><br>**Date: July 10, 2026**<br>**Time:  1:30PM**<br>Courtroom:  13A (13th Flr)<br>Judge: Hon. Dana M. Sabraw<br>*Removed on 04/30/26*<br>*[30 days fell on a weekend]*<br><br>The Hearing was Reserved with Law Clerk in Chambers |

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

The matter on Plaintiff's Motion to Remand the Removed Action came to

hearing today on _____, 2026

Good Cause being showing,

IT IS HEREBY ORDERED THAT this previously removed

action is remanded back the Superior Court of California for the County of San Mateo.

Dated: _____, 2026

By _____
      Judge of the United States District Court

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT