**Ruochen Liu   SBN 350852**
7 Day Attorneys, APC
100 N. Barranca St., #7060
West Covina, CA 91791  Phone: (314)285-5165
Email: RuochenLiu.Esq@gmail.com
Attorney for Plaintiff Metal Processing Technology LTC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Metal Processing** <br><br> **Technology LTC,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS [A California Corporation]; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; Ararat Baghdasaryn [aka alter ego of American Global Freights]** and DOES 1 – 5, Inclusive, <br><br> Defendants. | Case No.:  3:26-CV-02762-DMS-SBC <br><br> PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S **DECLARATION IN SUPPORT OF MOTION TO REMAND** <br><br> **Date: July 10, 2026** <br> **Time:  1:30PM** <br> Courtroom**:  13A** (13th Flr) <br> Judge: Hon. Dana M. Sabraw <br><br> Action Filed: <br> Action removed: 04/30/26 <br> []30 days fell on a weekend] <br><br> The Hearing was Reserved with Law Clerk in Chambers <br><br> Court email for <br> Proposed Orders: <br> **efile_sabraw@casd.uscourts.gov** |

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

**DECLARATION OF RUOCHEN LIU**

**I, Ruochen Liu, declare:**

I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

Plaintiff brought his action under State Court Torts.

**The other defendants did not stipulate nor consent to the removal to Federal Court when Maersk Customs Services USA Inc filed the Notice of Removal.**

This court has no jurisdiction of the claim asserted in the complaint; **and**

The complaint herein does not present a claim or right arising under the Constitution, treaties, or laws of the United State; **and**

Defendants are not one of the parties referred to in Section 1442a of Title 28 of the United States Code; **and**

This action is not a civil rights case within Section 1443 of Title 28 of the United States Code; and

There's no diversity of parties in this action.

**The Causes of action consist of** all state causes except for Violation of Rico Act and Conspiracy to Violate Rico Act, which are both triable in Federal Court or State Court.

1. FRAUD BY INTENTIONAL MISREPRESENTATION;

2. FRAUD BY FALSE PROMISE [PROMISSORY FRAUD];

3. CONVERSION;

4. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

5.      VIOLATION OF RICO ACT;

6.      CONSPIRACY TO VIOLATE
        RICO ACT;

7.      CIVIL CONSPIRACY;

8.      NEGLIGENCE Respondeat Superior;

9.      Breach of Written Contract

10.     Negligence;

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 1, 2026 in West Covina, California

Dated: June 1, 2026

By  *Ruochen Liu*

    Ruochen Liu, Attorney for Plaintiff

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT

**CERTIFICATE OF SERVICE / PROOF OF SERVICE**

STATE OF CALIFORNIA                                    )
                                                       ) ss.
COUNTY OF SAN DIEGO                                    )

  I am over the age of 18 years and not a party to the within entitled action. The fee for service of process was $0.00

My business or mailing address is:
    Ruochen Liu
    100 N. Barranca Street, #7060
    West Covina, CA 91971
      Email: RuochenLiu.esq@gmail.com

***On **June 1, 2026** I served the document attached hereto or provided herewith, **namely**:
 PLAINTIFF's DECLARATION OF RUOCHEN LIU re.
MOTION TO REMAND REMOVED ACTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION  and PROPOSED ORDER

   x   (**by Mail**) By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. Mail, addressed as set forth below. I am readily familiar with the attorney for the party serving this document's practice for collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day as the day of collection in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.
**ADDRESSES:**
    Alex Moghaddam at Email:  alex@moghaddamlaw.com
    No other defendants have filed a responsive pleading yet.

I certify or declare, under penalty of perjury under the laws of the United States

Of America  that the foregoing is true and correct.

Executed on **June 1, 2026 in West Covina, California**

By x  *Ruochen Liu*

    Ruochen Liu, Attorney for Plaintiff

MOTION TO REMAND REMOVED ACTION BACK TO SUPERIOR COURT