# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

METAL PROCESSING TECHNOLOGY LTC,

          Plaintiff,

v.

ICG USA, LLC; EMILIA ARUTYANOVA, aka EMILIYA AROUTIOUNOV; ARTOUR AROUTIOUNOV aka ARTOUR ARUTYUNOVA; AMERICAN GLOBAL FREIGHTS, A California Corporation; MAERSK CUSTOMS SERVICES USA, INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN aka alter ego of AMERICAN GLOBAL FREIGHTS; and DOES 1 — 5, Inclusive,

          Defendants.

Case No.: 26cv2762 DMS (SBC)

**ORDER FOLLOWING STATUS CONFERENCE**

A telephonic status conference was held on June 5, 2026.  Ruochen Liu appeared for Plaintiff and Matthew E. Lilly appeared for Defendant U.S. Bancorp.  After hearing from counsel on the status of the case, Plaintiff shall file a First Amended Complaint on or before

26cv2762 DMS (SBC)

**June 26, 2026**. Defendant U.S. Bancorp need not respond to the Complaint, but shall instead respond to the First Amended Complaint according to the Federal Rules of Civil Procedure and the Local Rules of this Court.

    **IT IS SO ORDERED**.

Dated:  June 5, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2762 DMS (SBC)