

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER:   **26-cv-02762-DMS-SBC** | |
| TITLE:   Metal Processing Technology LTC v. ICG USA, LLC et al | |
| FILED DATE:   6/4/2026 | DOCUMENT NO.:   11 |
| DOCUMENT TITLE:   Defendant's Pre-Motion Status Letter and Notice of Threshold Jurisdictional and Factual Defects | |
| DOCUMENT FILED BY:   ICG USA, LLC | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

To the extent Defendants ICG USA, LLC or Artour Aroutionuov wish to schedule a Rule 12(b) conference, they should contact Judge Sabraw's Chambers by phone or email.  Defendant Emilia Arutyunova has already filed an Answer, and thus, there is no need for a 12(b) conference on her behalf.  The Court also notes Plaintiff is expected to file a First Amended Complaint on or before June 26, 2026, therefore the scheduling of a Rule 12(b) conference on the original Complaint may be premature at this time.

## IT IS HEREBY ORDERED:

| | |
|---|---|
| ☒ | The document will remain as filed despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: <br> [          ] |
| ☐ | The document is REJECTED.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   June 11, 2026

CHAMBERS OF:  The Honorable Dana M. Sabraw

cc: All Parties

By: _____