# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC,<br><br>                    Plaintiff,<br><br>v.<br><br>ICG USA, LLC; EMILIA ARUTYANOVA, aka EMILIYA AROUTIOUNOV; ARTOUR AROUTIOUNOV aka ARTOUR ARUTYUNOVA; AMERICAN GLOBAL FREIGHTS, A California Corporation; MAERSK CUSTOMS SERVICES USA, INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN aka alter ego of AMERICAN GLOBAL FREIGHTS; and DOES 1 — 5, Inclusive,<br><br>                    Defendants. | Case No.: 26cv2762 DMS (SBC)<br><br>**ORDER RE: ORAL ARGUMENT** |

Plaintiff's motion to remand is currently scheduled for hearing on July 10, 2026. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the July 10, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  July 6, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv2762 DMS (SBC)