B. Alexander Moghaddam (SBN 141199)
Law Offices of Alexander Moghaddam, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.:   (310) 315-3442
Fax:   (310) 315-4144
alex@moghaddamlaw.com

Attorneys for Defendants
MAERSK CUSTOMS SERVICES USA,
INC. and MAERSK LOGISTICS &
SERVICES USA, INC.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

METAL PROCESSING
TECHNOLOGY LTC,

        Plaintiff,

vs.

ICG USA, LLC; EMILIA
ARUTYUNOVA aka Emiliya
Aroutiounov; ARTOUR
AROUTIOUNOV aka Artour
Arutyunova; AMERICAN GLOBAL
FREIGHTS, a California
corporation; MAERSK CUSTOMS
SERVICES USA INC.; MAERSK
LOGISTICS & SERVICES USA
INC.; U.S. BANCORP; ARARAT
BAGHDASARYN, alter ego of
American Global Freights; and
DOES 1 through 5, inclusive.

        Defendants.

Case No.: 3:26–cv–02762–DMS–SBC

Assigned to the Honorable Dana M. Sabraw

**DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

      Defendants MAERSK CUSTOMS SERVICES USA, INC. ("Maersk

Customs") and MAERSK LOGISTICS & SERVICES USA, INC. ("Maersk

Logistics") (collectively, "Defendants"), for their answer to the First Amended

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS
& SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

Complaint of Plaintiff Metal Processing Technology LTC, herein admit, deny, and allege as follows:

### Page 2 of the Complaint

1.    Line 2: Defendants do not dispute that Plaintiff alleges damages in excess of $35,000 in this matter.

2.    Paragraph 10,[1] lines 3 – 5: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 10, lines 3 – 5 of page 2 of the Complaint, and on that basis deny all such allegations.

3.    Paragraph 11, lines 7 – 20: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 11, lines 7 – 9 of page 2 of the Complaint, and on that basis deny all such allegations.

4.    Paragraph 12, lines 21 – 26: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 12, page 2 of the Complaint, and on that basis deny all such allegations.

5.    Paragraph 13, page 2, lines 27 – 28 through page 3, lines 2 – 4: Defendants admit that Maersk Customs has offices at 180 Park Avenue, Florham Park, New Jersey 07932, and that its agent for service of process is CT Corporation. Except as expressly admitted, Defendants deny each and every allegation in paragraph 13 of the Complaint.

### Page 3 of the Complaint

6.    Paragraph 14, lines 5 – 8: Defendants admit that Maersk Logistics has offices at 180 Park Avenue, Florham Park, New Jersey 07932, and that its

---

[1] All references to paragraphs herein refer to numbered paragraphs as they appear in the Complaint. References to lines are approximate. Where a line of text in the Complaint falls between two line numbers, the line number referenced herein generally refers to the greater of the two line numbers.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

agent for service of process is CT Corporation. Except as expressly admitted, Defendants deny each and every allegation in paragraph 14 of the Complaint.

7.    Paragraph 6, lines 9 – 14: Defendants deny each and every allegation in Paragraph 16, page 3 of the Complaint.

8.    Paragraphs 7 – 10, lines 16 - 27: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 7 – 27, page 3 of the Complaint, and on that basis deny all such allegations.

## Page 4 of the Complaint

9.    Paragraph 11, line 1: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of lines Paragraph 11 of the Complaint and on that basis deny all such allegations.

10.    Paragraph 12, lines 2 – 5: Defendants admit that Plaintiff attempts to allege punitive damages in this matter. Except as expressly admitted, Defendants deny each and every allegation in said paragraph 12, page 4 of the Complaint, as applied to Defendants.

11.    Paragraphs 13 - 16, lines 6 – 18: Defendants deny each and every allegation in Paragraphs 13 - 16, page 4 of the Complaint, as applied to Defendants.

## First Cause of Action for Fraud by Intentional Misrepresentation

As against American Global Freights, Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

12.    Paragraph 17, lines 24 – 26: Defendants fully incorporate herein by reference their responses to the forgoing paragraphs.

13.    Paragraph 18, lines 27 – 18 through page 5, lines 1 – 2: Defendants are without knowledge or information sufficient to form a belief as to the truth or

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

falsity of the allegations of paragraph 18, pages 4 – 5 of the Complaint, and on that basis deny all such allegations.

### Page 5 of the Complaint

14.    Paragraphs 19 – 22, lines 3 – 15: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 19 – 22, page 5 of the Complaint, and on that basis deny all such allegations.

15.    Paragraph 23, lines 16 – 19: Defendants deny each and every allegation in paragraph 23, page 5 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 23, page 5 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

16.    Paragraph 24, lines 20 – 21: Defendants deny each and every allegation in paragraph 24, page 5 of the Complaint.

17.    Paragraph 25, lines 22 – 23: Defendants deny each and every allegation in paragraph 25, page 5 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 25, page 5 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

18.    Paragraphs 26 – 27, lines 25 – 28: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraphs 26 – 27, page 5, and on that basis deny all such allegations.

### Page 6 of the Complaint

19.    Paragraphs 28 – 32, lines 1 – 12: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraphs 28 – 32, page 6, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

20.  Paragraph 33, lines 13 – 14: Defendants deny each and every allegation in paragraph 33, page 6 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 33, page 6 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

21.  Paragraphs 15 - 19, lines 18 – 28, through page 7, line 1: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraphs 15 – 19, pages 6 – 7, and on that basis deny all such allegations.

### Page 7 of the Complaint

22.  Paragraphs 20 – 21, lines 2 – 7: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraphs 20 – 21, and on that basis deny all such allegations.

23.  Paragraph 22, lines 6 – 7: Defendants deny each and every allegation in paragraph 22, page 7 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 22, page 7 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

24.  Paragraphs 23 – 30, lines 8 – 24: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraphs 20 – 21, and on that basis deny all such allegations.

25.  Paragraph 31, lines 27 – 28: Defendants deny each and every allegation in Paragraph 31, page 7 of the Complaint.

### Page 8 of the Complaint

26.  Paragraph 32, lines 1 – 2: Defendants deny each and every allegation in paragraph 32, page 8 of the Complaint.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

27.    Paragraph 33, lines 3 – 5: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 33, and on that basis deny all such allegations.

28.    Paragraph 34, lines 6 – 8: Defendants deny each and every allegation in paragraph 34, page 8 of the Complaint.

29.    Paragraph 35, lines 9 – 10: Defendants deny each and every allegation in paragraph 35, page 8 of the Complaint.

30.    Paragraph 36, line 11: Defendants deny each and every allegation in paragraph 36, page 8 of the Complaint.

31.    Paragraph 37, lines 12 – 14: Defendants deny each and every allegation in paragraph 37, page 8 of the Complaint.

32.    Paragraph 38, lines 15 – 16: Defendants deny each and every allegation in paragraph 38, page 8 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 39, page 8 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

33.    Paragraph 39, lines 17 – 19: Defendants deny each and every allegation in paragraph 39, page 8 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 39, page 8 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

34.    Lines 20 – 26, including Paragraph 40, do not require a response from Defendants.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

## Page 9 of the Complaint

### Second Cause of Action for Promissory Fraud

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

35.   Paragraph 41, lines 9 – 10: Defendants fully incorporate herein by reference their responses to the forgoing paragraphs.

36.   Line 11 does not require a response from Defendants.

37.   Paragraphs 42 – 45 and 34 - 36, lines 12 – 28: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 42 – 45 and 34 – 26, page 9 of the Complaint, and on that basis deny each and every such allegation.

### Page 10 of the Complaint

38.   Paragraphs 37 – 38, lines 1 – 10: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 37 – 38, page 10 of the Complaint, and on that basis deny each and every such allegation.

39.   Paragraph 39, lines 11 – 13: Defendants deny each and every allegation in paragraph 39, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 39, page 10 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

40.   Paragraph 40, lines 14 – 16: Defendants deny each and every allegation in paragraph 40, page 10 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 40, page 10 of the

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

Complaint, as they pertain to other parties, and on that basis deny all such allegations.

41.     Paragraphs 34 – 37, lines 17 – 28: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 34 - 37, page 10 of the Complaint, and on that basis deny each and every such allegation.

**Page 11 of the Complaint**

42.     Paragraph 38, lines 1 – 5: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 38, page 11 of the Complaint, and on that basis deny each and every such allegation.

43.     Paragraph 39, lines 6 – 9: Defendants deny each and every allegation in paragraph 39, page 11 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 39, page 11 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

44.     Paragraph 40, lines 10 – 11: Defendants deny each and every allegation in paragraph 40, page 11.

45.     Paragraph 41, lines 12-13: Defendants deny each and every allegation in paragraph 41, page 11 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 41, page 11 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

46.     Paragraphs 42 – 48, lines 16 – 28 through page 12, lines 1 – 2: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 42 – 48, pages 11 – 12 of the Complaint, and on that basis deny each and every such allegation.

– 8 –

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

**Page 12 of the Complaint**

47.   Paragraphs 49, lines 3-4: Defendants deny each and every allegation in paragraph 49, page 12 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 49, page 12 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

48.   Paragraphs 46 – 55, lines 8 – 28: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 46 – 55, page 12 of the Complaint, and on that basis deny all such allegations.

**Page 13 of the Complaint**

49.   Paragraphs 56 – 61, lines 2 – 14: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraphs 56 – 61, page 13 of the Complaint, and on that basis deny all such allegations.

50.   Lines 15 – 16: Defendants deny that Maersk Customs Services USA, Inc. is "also known as" Maersk Logistics & Services USA Inc.

51.   Paragraph 62, lines 17 – 19: Defendants deny each and every allegation in paragraph 62, page 13.

52.   Paragraph 63, line 20: Defendants deny each and every allegation in paragraph 63, page 13.

53.   Paragraph 64, lines 21 – 23: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 64, and on that basis deny all such allegations.

54.   Paragraph 65, lines 24 – 25: Defendants deny each and every allegation in paragraph 65, page 13.

55.   Paragraph 66, lines 27 – 28: Defendants deny each and every allegation in paragraph 66, page 13.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

## Page 14 of the Complaint

56.     Paragraph 41, lines 2 – 4: Defendants deny each and every allegation in paragraph 41, page 14 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 41, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

57.     Paragraph 42, lines 5 – 6: Defendants deny each and every allegation in paragraph 42, page 14 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 42, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

58.     Paragraph 43, lines 7 – 10: Defendants deny each and every allegation in paragraph 43 page 14 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 43, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

59.     Paragraph 44, lines 11 – 12: Defendants deny each and every allegation in paragraph 44, page 14 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 44, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

60.     Paragraphs 45 – 46, lines 13 – 14: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation of paragraphs 45 – 46, page 14 of the Complaint regarding Plaintiff's reliance on a false promise by a Doe defendant, and on that basis deny the allegation.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

61. <u>Paragraph 47, lines 17 – 25</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation of paragraph 47, page 14 of the Complaint regarding Plaintiff's reliance on a false promise by a Doe defendant. The remaining allegations of paragraph 47, page 14, consist of purported statements of the law, to which no response is required, and sentence fragments that are indefinite and incomprehensible such that Defendants are unable to formulate a response.

62. <u>Paragraph 48, lines 26 – 27</u>: Defendants deny each and every allegation in paragraph 48, page 14 of the Complaint as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 48, page 14 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

63. <u>Paragraph 49, line 28, through page 15, lines 2 – 3</u>, does not require a response from Defendants.

## Page 15 of the Complaint

### Third Cause of Action for Conversion

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

64. <u>Paragraph 50, lines 11 – 12</u>: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

65. <u>Paragraph 51, lines 15 – 16</u>: Defendants deny each and every allegation in paragraph 51, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 51, page 15 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

66.   Paragraph 52, lines 17 – 19: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 42, page 15 of the Complaint, and on that basis deny all such allegations.

67.   Paragraph 53, lines 20 - 24: Defendants deny each and every allegation in paragraph 53, page 15 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 53, page 15 of the Complaint, as they pertain to other parties and to non-party "Plaintiff Aridis Pharmaceuticals Inc.," and on that basis deny all such allegations.

68.   Paragraph 54, lines 26 – 27: Defendants deny each and every allegation in paragraph 54, page 15 of the Complaint to the extent such allegations are intended to be applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 54, page 15 of the Complaint, as they pertain to other parties and an otherwise unidentified "prior rental agreement," and on that basis deny all such allegations.

69.   Paragraph 55, line 28: Defendants deny each and every allegation in paragraph 70, page 15.

**Page 16 of the Complaint**

70.   Paragraph 56, line 1: Defendants deny each and every allegation in paragraph 56, page 16 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 56, page 16 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

71.   Paragraph 57, lines 3 – 4: Defendants deny each and every allegation in paragraph 57, page 16 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or

falsity of the remaining allegations of paragraph 57, page 16 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

72.    Paragraph 58, lines 5 – 9, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants.

**Fourth Cause of Action for Intentional Infliction of Emotional Distress**

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

73.    Paragraph 59, lines 16 – 18: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

74.    Paragraph 60, lines 19 – 21: Defendants deny each and every allegation in paragraph 60, page 16 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 60, page 16 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

75.    Paragraph 61, lines 22 – 24: Defendants deny each and every allegation in paragraph 61, page 16 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 61, page 16 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

76.    Paragraph 62, line 17: Defendants deny each and every allegation in paragraph 62, page 16 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 62, page 16 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

77.    <u>Paragraph 63, line 18</u>: Defendants deny each and every allegation in paragraph 63, page 16 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 63, page 16 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

78.    <u>Paragraphs 64 – 65, line 28, through page 17, lines 2 – 3</u>: Defendants deny each and every allegation in paragraphs 64 – 64, pages 16 – 17 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraphs 64 – 65, pages 16 – 17 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

### Page 17 of the Complaint

79.    <u>Paragraph 66, lines 4 – 5</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 66, page 17 of the Complaint, and on that basis deny all such allegations.

80.    <u>Paragraph 67, lines 6 – 8</u>: Defendants deny each and every allegation in paragraph 67, page 17 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 67, page 17 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

81.    <u>Lines 9 – 18, page 17</u> of the Complaint do not require a response. To the extent lines 9 – 18, page 17 of the Complaint, require a response, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

82.    Paragraph 68, lines 19 – 12: Paragraph 68, page 17 of the Complaint, does not require a response. To the extent paragraph 68, page 17 of the Complaint, requires a response, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of as they pertain to other parties, and on that basis deny all such allegations.

### Fifth Cause of Action for Civil Conspiracy

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

83.    Paragraph 69, line 28, through page 18, lines 1 – 2: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

### Page 18 of the Complaint

84.    Paragraph 70, lines 3 – 5: Defendants deny each and every allegation in paragraph 70, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 70, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

85.    Paragraph 71, lines 6 – 8: Defendants deny each and every allegation in paragraph 71, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 71, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

86.    Paragraph 72, lines 8 – 9, does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

– 15 –

87. <u>Paragraph 73, lines 10 – 12,</u> does not require a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations as they pertain to other parties, and on that basis deny all such allegations.

88. <u>Paragraph 74, line 13</u>: Defendants deny each and every allegation in paragraph 74, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 74, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

89. <u>Paragraph 75, lines 14 – 16</u>: Defendants deny each and every allegation in paragraph 75, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 75, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

90. <u>Paragraph 76, lines 17 – 19</u>: Defendants deny each and every allegation in paragraph 76, page 18 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 76, page 18 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

### Sixth Cause of Action for Negligence-Respondeat Superior [Vicarious Liability]

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

91. <u>Paragraph 77, lines 26 – 27</u>: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

92. <u>Paragraph 78, line 28</u> of the Complaint, does not require a response.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

## Page 19 of the Complaint

93.    Paragraph 79, lines 1 – 6: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 79, page 19 of the Complaint, and on that basis deny all such allegations.

94.    Paragraph 80, lines 7 – 10: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 80, page 19 of the Complaint, and on that basis deny all such allegations.

95.    Paragraph 87, line 11: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 87, page 19 of the Complaint, and on that basis deny all such allegations.

96.    Paragraph 88, lines 12 – 13: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 88, page 19 of the Complaint and on that basis deny all such allegations.

97.    Paragraph 89, lines 14 – 15 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response.

98.    Paragraph 90, lines 16 – 18, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response.

99.    Paragraph 91, lines 19 – 21: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 91, page 19 of the Complaint, and on that basis deny all such allegations.

100.    Paragraphs 92 – 93, lines 22 – 24: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

of paragraphs 92 – 93, page 19 of the Complaint, and on that basis deny all such allegations.

101.   Paragraph 94, lines 25 – 26: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 94, page 19 of the Complaint, and on that basis deny all such allegations.

102.   Paragraph 95, lines 27 – 28, through page 20, lines 1 – 3: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 95, pages 19 – 20 of the Complaint, and on that basis deny all such allegations.

### Page 20 of the Complaint

103.   Paragraph 96, line 4: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 96, page 20 of the Complaint, and on that basis deny all such allegations.

104.   Paragraph 97, lines 5 – 6: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 97, page 20 of the Complaint, and on that basis deny all such allegations.

105.   Paragraph 98, lines 7 – 8: Defendants deny each and every allegation in paragraph 98, page 20 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 98, page 20 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

106.   Paragraph 99, line 9: Defendants deny each and every allegation in paragraph 99, page 20 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of paragraph 99, page 20 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

107. <u>Paragraph 100, lines 11 – 13</u>: Defendants deny each and every allegation in Paragraph 100, page 20 of the Complaint.

108. <u>Paragraph 101, lines 14 – 18</u>: Defendants deny each and every allegation in paragraph 101, page 20 of the Complaint.

109. <u>Paragraph 102, lines 19 – 20</u>: Defendants deny each and every allegation in paragraph 102, page 20 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 102, page 20 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

110. <u>Paragraph 103, line 21</u>: Defendants deny each and every allegation in paragraph 103, page 20 of the Complaint.

111. <u>Paragraph 104, lines 22 – 23</u>: Defendants deny each and every allegation in paragraph 104, page 20 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 104, page 20 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

112. <u>Paragraph 105, lines 24 – 28, through page 21, lines 1 – 2</u>: Defendants deny each and every allegation in paragraph 105, pages 20 – 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 105, pages 20 – 21 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

**Page 21 of the Complaint**

113. <u>Paragraph 106, lines 4 – 5</u>: Paragraph 106, page 21 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation in paragraph 106, page 21 of the Complaint.

114. <u>Paragraph 107, lines 6 – 7</u>: Defendants deny each and every allegation in paragraph 107, page 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 107, page 21 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

115. <u>Paragraph 108, lines 8 – 9</u>: Defendants deny each and every allegation in paragraph 108, page 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 108, page 21 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

116. <u>Paragraph 109, line 10</u>: Paragraph 109, page 21 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants.

117. <u>Paragraph 110, lines 11 – 15</u>: Defendants deny each and every allegation in paragraph 110, page 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 110, page 21 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

118. <u>Paragraph 111, lines 16 – 17</u>: Defendants deny each and every allegation in paragraph 111, page 21 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 111, page 21 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

### **Seventh Cause of Action for Breach of Written Contract**

As against American Global Freights; Maersk Customs Services USA Inc.; Maersk Logistics & Services USA Inc.; ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova;

Ararat Baghdasaryn (aka alter ego of American Global Freights) and DOES 1 – 20

119. <u>Paragraph 112, lines 25 – 26</u>: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

120. <u>Paragraph 113, lines 27 – 28, through page 22, lines 1 – 3</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 113, pages 21 – 22 of the Complaint, and on that basis deny all such allegations.

## Page 22 of the Complaint

121. <u>Paragraph 114, lines 4 – 5</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 114, page 22 of the Complaint, and on that basis deny all such allegations.

122. <u>Paragraph 115, lines 6 – 9</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 115, page 22 of the Complaint, and on that basis deny all such allegations.

123. <u>Paragraph 116, line 10</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 116, page 22 of the Complaint, and on that basis deny all such allegations.

124. <u>Paragraph 117, lines 11 – 12</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 117, page 22 of the Complaint, and on that basis deny all such allegations.

125. <u>Paragraph 118, lines 13 – 14</u>: Paragraph 118, page 22 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response. To the extent a response is required, Defendants deny each and every allegation as applied to Defendants.

– 21 –

Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 118, page 22 of the Complaint, as they pertain to other parties and on that basis deny all such allegations.

126.    Paragraph 119, lines 18 – 20: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 119, page 22 of the Complaint, and on that basis deny all such allegations.

127.    Paragraphs 120 – 121, lines 21 – 23: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 120 – 122, page 22 of the Complaint, and on that basis deny all such allegations.

128.    Paragraph 122, lines 24 – 26: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 122, page 22 of the Complaint, and on that basis deny all such allegations.

129.    Paragraph 123, lines 27 – 28, through page 23, lines 1 – 3: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 123, pages 22 – 23 of the Complaint, and on that basis deny all such allegations.

**Page 23 of the Complaint**

130.    Paragraph 124, line 4: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 124, page 23 of the Complaint, and on that basis deny all such allegations.

131.    Paragraph 125, lines 5 – 6: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 125, page 23 of the Complaint, and on that basis deny all such allegations.

– 22 –

132. _Paragraph 126, lines 7 – 8_: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 126, page 23 of the Complaint, and on that basis deny all such allegations.

133. _Paragraph 127, line 9_: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 127, page 23 of the Complaint, and on that basis deny all such allegations.

134. _Paragraph 128, lines 11 – 13_: Defendants deny each and every allegation in Paragraph 128, page 23 of the Complaint.

135. _Paragraph 129, lines 14 – 18_: Defendants deny each and every allegation in Paragraph 129, page 23 of the Complaint.

136. _Paragraph 130, lines 19 – 20_: Defendants deny each and every allegation in Paragraph 130, page 23 of the Complaint, as applied to Defendants.

137. _Paragraph 131, line 21_: Defendants deny each and every allegation in Paragraph 131, page 23 of the Complaint.

138. _Paragraph 132, lines 22 – 23_: Defendants deny each and every allegation in Paragraph 132, page 23 of the Complaint.

**Eighth Cause of Action for Negligence**

Against all Defendants and DOES 1-10

139. _Paragraph 133, lines 26 – 27_: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

140. _Paragraph 134, line 28, through page 24, lines 1 – 4_: Defendants deny each and every allegation in paragraph 134, pages 23 – 24 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 134, pages 23 – 24 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

**Page 24 of the Complaint**

141.    <u>Paragraph 135, lines 5 – 14</u>: Defendants deny each and every allegation in paragraph 135, page 24 of the Complaint, as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 135, page 24 of the Complaint, as they pertain to other parties, and on that basis deny all such allegations.

142.    <u>Paragraph 136, lines 15 – 16</u>: Defendants fully incorporate by reference herein their responses to all forgoing paragraphs.

143.    <u>Paragraph 137, lines 18 – 22</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 137, page24 of the Complaint, and on that basis deny all such allegations.

144.    <u>Paragraph 138, lines 23 – 26</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 138, page 24 of the Complaint, and on that basis deny all such allegations.

145.    <u>Paragraph 139, lines 27 – 28</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 139, page 24 of the Complaint, and on that basis deny all such allegations.

**Page 25 of the Complaint**

146.    <u>Paragraph 140, lines 1 – 3</u>: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 140, page 25 of the Complaint, and on that basis deny all such allegations.

147.    <u>Paragraph 141, lines 4 – 5</u>: Paragraph 141, page 25 of the Complaint, is a sentence fragment that is indefinite and incomprehensible such that Defendants are unable to formulate a response. To the extent a response is

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

required, Defendants deny each and every allegation as applied to Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 141, page 25 of the Complaint as they pertain to other parties, and on that basis deny all such allegations.

148.    Paragraph 142, lines 6 – 8: Paragraph 142, page 25, does not require a response.

149.    Paragraph 143, lines 9 – 11: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 143, page 25 of the Complaint, and on that basis deny all such allegations.

150.    Paragraphs 144 – 145, lines 12 – 14: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 144 – 145, page 25 of the Complaint, and on that basis deny all such allegations.

151.    Paragraph 146, lines 15 – 16: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 146, page 25 of the Complaint, and on that basis deny all such allegations.

152.    Paragraph 147, lines 17 – 20: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 147, page 25 of the Complaint, and on that basis deny all such allegations.

153.    Paragraph 148, lines 21 – 22: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 148, page 25 of the Complaint, and on that basis deny all such allegations.

154.    Paragraph 149, lines 23 – 24: Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

of paragraph 149, page 25 of the Complaint, and on that basis deny all such allegations.

155.  <u>Paragraph 150, lines 26 - 28</u>: Paragraph 150, page 25 of the Complaint, does not require a response. To the extent a response is required, Defendants deny each and every allegation in said paragraph.

**Page 26 of the Complaint**

156.  <u>Paragraphs 151 and 152, lines 1 – 6</u>: Paragraphs 151 and 152, page 25 of the Complaint, do not require a response.

<u>**DEFENDANTS' AFFIRMATIVE DEFENSES**</u>

Defendants assert the following affirmative defenses:

<u>**FIRST AFFIRMATIVE DEFENSE**</u>

The Complaint fails to state a cause of action against Defendants upon which relief can be granted.

<u>**SECOND AFFIRMATIVE DEFENSE**</u>

Plaintiff's damages, if any, were proximately caused by the negligence and fault of Plaintiff.

<u>**THIRD AFFIRMATIVE DEFENSE**</u>

Plaintiff's damages, if any, were proximately caused by third parties for whom Defendants are not responsible, and any damages otherwise awarded against Defendants should be reduced in proportion thereto, if not apportioned completely to said third parties.

<u>**FOURTH AFFIRMATIVE DEFENSE**</u>

Plaintiff's damages, if any, were proximately caused by Plaintiff's own failure(s) to make reasonable efforts to mitigate said damages.

<u>**FIFTH AFFIRMATIVE DEFENSE**</u>

Defendants' liability, if any, is limited to their equitable share of the total culpable conduct of all causes contributing to the alleged harm, both parties and non-parties.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were the proximate result of risks, hazards and dangers well known to Plaintiff, and Plaintiff with full knowledge thereof knowingly and voluntarily assumed such risks, hazards and dangers.

### SEVENTH AFFIRMATIVE DEFENSE

If Plaintiff did sustain any loss or damages, none of said damages was caused or contributed to by any fault or neglect on the part of Defendants but from a cause or causes from which Defendants are expressly exempted from responsibility by the terms and conditions of the applicable agreements, bill(s) of lading, waybills, tariffs, and/or service contracts covering the carriage. Defendants claim the benefit of each and every provision contained in said instruments including, but not limited to, the exoneration, limitation of liability, time-bar, choice of law and jurisdiction and arbitration provisions therein, and beg leave to amend this Answer and to offer proof thereof when more fully advised of the details concerning said loss or damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each cause of action therein, is barred by the unclean hands of Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred by the doctrine of waiver.

### TENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred by the doctrine of estoppel.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendants allege that any recovery is barred herein because Plaintiff lacks standing to assert the causes of action in the Complaint.

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

## TWELFTH AFFIRMATIVE DEFENSE

All causes of action alleged by Plaintiff are barred because of Plaintiff's breaches of the contracts of carriage and other agreements asserted in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the applicable statute of limitations, including but not limited to 46 U.S.C. § 30701, Note, Sec. 3(6) of COGSA.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to the doctrine of *forum non conveniens*.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrine of laches

## SIXTEENTIETH AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over Defendants, and therefore the Complaint, and each cause of action therein, should be dismissed for lack of personal jurisdiction.

## PRAYER

WHEREFORE, Defendants pray that Plaintiff take nothing by said Complaint and that said Complaint be dismissed and that Defendants have and recover their costs of suits herein, and for such other and further relief as may be just.

Dated: July 10, 2026

LAW OFFICES OF ALEXANDER MOGHADDAM, PC

By: s/ B. Alexander Moghaddam
B. Alexander Moghaddam
Attorneys for Defendants Maersk Customs Services USA, Inc. and Maersk Logistics & Services USA, Inc.

– 28 –

DEFENDANTS MAERSK CUSTOMS SERVICES USA, INC. AND MAERSK LOGISTICS & SERVICES USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT