**Ruochen Liu   SBN 350852**
7 Day Attorneys, APC
100 N. Barranca St., #7060
West Covina, CA 91791  Phone: (314)285-5165
Email: RuochenLiu.Esq@gmail.com
Attorney for Plaintiff Metal Processing Technology LTC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Metal Processing** **Technology LTC,** | Case No.:  **3:26-CV-02762-DMS-SBC** |
| **Plaintiff,** | PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S **OPPOSITION TO DEFENDANT EMILIA ARUTYUNOVA'S MOTION TO DISMISS**; MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION; AND DECLARATION OF RUOCHEN LIU IN OPPOSITION  **[Submitted concurrently with Request for Judicial Notice ]** |
| **vs.** | |
| **ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS [A California Corporation]; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; Ararat Baghdasaryn [aka alter ego of American Global Freights]** and DOES 1 – 5, Inclusive, | **Date: August 14, 2026** **Time:  1:30PM** Courtroom**:  13A** (13th Flr) Judge: Hon. Dana M. Sabraw   Action Filed: Action removed: 04/30/26 |
| **Defendants.** | Court email for Proposed Orders:   **efile_sabraw@casd.uscourts.gov** |

COMES Plaintiff Metal Processing Technology LTC though their attorney,

Ruochen Liu and in opposition to Defendant Emilia Arutyunova's Motion to Dismiss

Alleges, states  and argues as follows:

## MEMORANDUM OF POINTS AND AUTHORITIES
### IN OPPOSITION

I.   STATEMENT OF FACTS

Please see *Concurrently the filed Request for Judicial Notice* which contains an Exhibit from the California Secretary of State Business Search website showing that Defendant **Emilia Arutyunova is the founder,  primary managing member and Alter Ego of the Defendant Entity ICG USA, LLC.**

**See Exhibit #1 attached to the concurrently filed Request for Judicial Notice which is the REGISTRATION OUT-OF-STATE LIMITED LIABILITY COMPANY for Business ICG USA, LLC on file with the California Secretary of State.**

Therefore, her filed declaration which defendant's counsel filed on behalf of defendant Emilia Arutyunova under penalty of perjury contradicts the truth.

As such, defendant *Emilia Arutyunova's defense lacks merit.*

The Purpose of a motion under FRCP 12(b)(6) is to test the formal sufficiency of the statement of the claim for relief; the motion is not a procedure for resolving a contest between the parties about the facts or the substantive merits of the plaintiff's case. FPP § 1356

Accordingly, the plaintiff requests that the defendants' motion for dismissal and/or for an order of abstention, by dismissal or stay should be denied.

In the alternative, the court should remand the case back to state court without dismissing any of the causes of action.

Also, the title of Defendant Emilia's Motion to Dismiss is **directed towards the Original** Complaint, **not the First** Amended Complaint <u>based on the title of the document in Defendant's</u> **caption** to their filed Motion to Dismiss. See Federal Rules of Civil Procedure Rule 10(a) and Rule 7(b)(2) require the title of a motion to be in the caption on the first page. As such, the court should not consider addressing the merits of the Motion to Dismiss as the *defect on the First page title of the motion defeats Defendant's ability to argue their defense.*

**<u>ARGUMENT</u>**

II. **<u>The defendant's showing as to these matters is defective because</u>**:

1. The Purpose of a motion under FRCP 12(b)(6) is to test the formal sufficiency of the statement of the claim for relief; the motion **is not a procedure for resolving a contest between the parties about the facts or the substantive merits** of the plaintiff's case. **FPP § 1356**

2. Thus, FRCP 12(b)(6) must be read in conjunction with FRCP 8 (a), which sets forth the requirements for pleading a claim for relief in federal court. FRCP 8 (a) calls for a short and plaint statement of the claim showing that the pleader is entitled to relief. **See FPP § 1356**

Here, in this particular instance, the circumstances show that Defendant is arguing the merits of Plaintiff's claim and **is not challenging the sufficiency** of the pleadings which is **contrary to the statutory grounds** for a Motion to Dismiss.

III. <u>THE SHOWING ON THE MOTION IS **IN**SUFFICIENT</u>.

<u>In order to</u> obtain summary judgment, the **defendants must establish** both that there is "no genuine" dispute as to any relevant fact and that they are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a).

### IV.  THERE ARE GENUINE DISPUTES OF MATERIAL FACT.

Defendant's motion must be denied because of the following disputes as to material fact:

3. Plaintiff alleges and contends that the affidavits of defendants are 90% false or inaccurate. Plaintiff intends to prove the falsity and inaccuracies in defendants' affidavits and summary judgment motion by completing discovery and "after" defendants respond to discovery documents which will prove further disputed facts.

### V.  DEFENDANTS ARE NOT ENTITLED TO JUDGMENT AS A MATTER OF LAW.

Defendant's Motion must be denied on the grounds:

even if the facts asserted by defendants were properly shown by the motion papers, and even if those facts were, as argued by defendants, undisputed, the defendants are still not entitled to judgment for the following reasons:

3.  The legal theory behind defendants' defenses in their responsive pleading to plaintiff's complaint are "vague" and insufficient in facts as to constitute undisputed facts.

Thus, plaintiff's allegations in **the First Amended Complaint** are clearly "disputed".

## VI. CONCLUSION

VII.    For all of the foregoing reasons, and in the best interest of justice, the court should not dismiss any of the causes of action as to defendant Emilia Arutyunova.

Dated: July 24, 2026

By: _ *Ruochen Liu*

Ruochen Liu, Attorney for Plaintiff

**See attached Declaration of Ruochen Liu**

///////////

Opposition to Emilia's Motion to Dismiss

## DECLARATION OF RUOCHEN LIU

**I, Ruochen Liu, declare:**

I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

Defendant **Emilia Arutyunova aka Emiliya Aroutiounov is the founder and primary managing member of the Defendant Entity ICG USA, LLC based on the records from the California Secretary of State. Yet, denies connection to the business.**

**See Exhibit #1 attached to the concurrently filed Request for Judicial Notice.**

[**Evidence from Cal. Secretary of State Business Entity Site**]

Therefore, her filed declaration which defendant filed under penalty of perjury contradicts the truth.

As such, defendant's defense lacks merit.

Also, the title of Defendant Emilia's Motion to Dismiss is **directed towards the Original** Complaint, **not the First** Amended Complaint based on the title Of the document in Defendant's caption to their filed Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and Correct.

Dated: July 24, 2026 in West Covina, California

By _Ruochen Liu_

Ruochen Liu, Attorney for Plaintiff

Opposition to Emilia's Motion to Dismiss

**CERTIFICATE OF SERVICE / PROOF OF SERVICE**

STATE OF CALIFORNIA                                          )
                                                            ) ss.
COUNTY OF SAN DIEGO                                          )

  I am over the age of 18 years and
not a party to the within entitled action. The fee for service of process was $0.00

My business or mailing address is:
        Ruochen Liu
        100 N. Barranca Street, #7060
        West Covina, CA 91971
          Email: **RuochenLiu.esq@gmail.com**

***On **July 24, 2026 I served** the document attached hereto or provided herewith, **namely**:
  PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S
OPPOSITION TO DEFENDANT EMILIA ARUTYUNOVA'S
MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION;
AND DECLARATION OF RUOCHEN LIU IN OPPOSITION

**By __X___ electronic means .**
**ADDRESSES:**
   **1.** Alex Moghaddam at Email:  **alex@moghaddamlaw.com**

   2. Defendant's Attorneys, Daniel M. Dire
       Email: **Dmd@SandiegoTrialAttorneys.com**

   3. Donald Holben
       Email:  **Lawyers@SanDiegoTrialAttorneys.com**

I certify or declare, under penalty of perjury under the laws of the United States

of America that the foregoing is true and correct.

Executed on **July 24, 2026 in West Covina, California**

By x *Ruochen Liu*

        Ruochen Liu, Attorney for Plaintiff

Opposition to Emilia's Motion to Dismiss