Donald R. Holben, Esq. (SBN 108401)
Daniel M. DiRe, Esq. (SBN 120523)
DONALD R. HOLBEN & ASSOCIATES, APC
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108
Telephone:  (619) 220-5555
Facsimile:  (619) 220-0033
Email:  dmd@sandiegotrialattorneys.com
Email:  lawyers@sandiegotrialattorneys.com

Attorneys for Defendant, EMILIA ARUTYUNOVA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY, LTC, <br><br> Plaintiff, <br><br> v. <br><br> ICG USA, LLC; EMILIA ARUTYUNOVA aka EMILIYA AROUTIOUNOV; ARTOUR AROUTIOUNOV aka ARTOUR ARUTYUNOVA; AMERICAN GLOBAL FREIGHTS, a California corporation; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN, alter ego of American Global Freights; and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No.:  **3:26-CV-02762-DMS-SBC** <br><br> **DEFENDANT EMILIA ARUTYUNOVA'S OBJECTION TO EVIDENCE IN SUPPORT OF PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S OPPOSITION TO EMILIA ARUTYUNOVA'S MOTION TO DISMISS ALL CLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(6), 12(e), AND 9(b).** <br><br> Judge: Hon. Dana M. Sabraw <br> Hearing Date: August 14, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 13A, 13th Floor <br><br> Action Filed: October 2, 2025 <br> (San Diego Super. Ct. No. 25CU053232C) <br><br> Removed: April 30, 2026 |

1

Defendant EMILIA ARUTYUNOVA ("Ms. Arutyunova") hereby objects to evidence submitted by Plaintiff METAL PROCESSING TECHNOLOGY, LTC ("Plaintiff") in support of its Opposition to Plaintiff's Motion to Dismiss All Claims Pursuant to Federal Rules of Civil Procedure 12(B)(2), 12(B)(6), 12(E), and 9(B), set for hearing on August 14, 2026 before this court:

1.     The first substantive paragraph of the Declaration of Ruochen Liu, which states:

> Defendant Emilia Arutyunova aka Emiliya Aroutiounov is the founder and primary managing member of the Defendant Entity ICG USA, LLC based on the records from the California Secretary of State.

This evidence is objected to on the grounds that the statement lacks foundation (FRE 104(a)); lacks personal knowledge (FRE 602); and it contains improper speculative inference and lay opinion (FRE 701).

The cited Secretary of State filing identifies only the LLC's designated agent for service of process and contains no statement identifying the individual as a founder, member, or manager. The declarant's assertion is therefore an unsupported conclusion and speculative inference that is not grounded in the exhibit or admissible evidence.

Ms. Arutyunova will respectfully request the court at the hearing on the motion to sustain the above objections and to strike the evidence referred to above.

DATED: July 31, 2026          DONALD R. HOLBEN & ASSOCIATES, APC


By: _____
       Daniel M. DiRe, Esq.,
       Attorneys for Defendant,
       EMILIA ARUTYUNOVA

**DEFENDANT EMILIA ARUTYUNOVA'S OBJECTION TO EVIDENCE SUPPORTING PLAINTIFF METAL PROCESSING TECHNOLOY, LTC'S OPPOSITION TO MOTION TO DISMISS**
Case No.:  3:26-CV-02762-DMS-SBC