**Ruochen Liu   SBN 350852**
7 Day Attorneys, APC
100 N. Barranca St., #7060
West Covina, CA 91791  Phone: (314)285-5165
Email: RuochenLiu.Esq@gmail.com
Attorney for Plaintiff Metal Processing Technology LTC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Metal Processing** <br><br> **Technology LTC,** <br><br><br> **Plaintiff,** <br><br> **vs.** <br><br> **ICG USA, LLC; Emilia Arutyunova aka Emiliya Aroutiounov; and Artour Aroutiounov aka Artour Arutyunova; AMERICAN GLOBAL FREIGHTS [A California Corporation]; MAERSK CUSTOMS SERVICES USA INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; Ararat Baghdasaryn [aka alter ego of American Global Freights]** and DOES 1 – 5, Inclusive, <br><br> Defendants. | Case No.:  **3:26-CV-02762-DMS-SBC** <br><br> PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S **AMENDED REQUEST FOR JUDICIAL NOTICE re. OPPOSITION** TO DEFENDANT EMILIA ARUTYUNOVA'S MOTION TO DISMISS *INCLUDES EVIDENCE THAT EMILIA IS OWNER OF ICG USA IN BOTH CALIF. AND COLORADO* "Remote Appearance" <br><br> **Date: August 14, 2026** <br> **Time:  1:30PM** <br> Courtroom**: 13A** (13th Flr) <br> Judge: Hon. Dana M. Sabraw <br><br> Action Filed: <br> Action removed: 04/30/26 <br><br><br> Court email for <br>  Proposed Orders: <br>    **efile_sabraw@casd.uscourts.gov** |

Plaintiff Metal Processing Technology's Amended
Request for Judicial Notice

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

 **Plaintiff Metal Processing Technology LTC requests that the court take judicial notice**

**PURSUANT TO EVIDENCE CODE §§ 451, 452 & 453 of the following Documents**

**Based on Discovery of New Evidence which Plaintiff's counsel discovered**

**on July 31, 2026:**

# EXHIBIT #1:

 **THE CALIFORNIA SECRETARY OF STATE'S REGISTRATION OUT-OF-STATE LIMITED LIABILITY COMPANY AS TO DEFENDANT ICG USA, LLC showing Defendant Emilia Arutyunova to be the registrant, founder and Managing Member of that Defendant Entity [Contrary to her Declaration which she signed under penalty of perjury]**

# EXHIBIT #2:

 **The STATE OF COLORADO'S SECRETARY OF STATE'S BUSINESS RECORDS SHOWING THAT DEFENDANT EMILIA IS THE OWNER OF THE COLORADO LOCATION IN ADDITION TO OWNING CALIFORNIA'S LOCATION**

Plaintiff Metal Processing Technology LTC's Request for Judicial Notice

**MEMORANDUM OF POINTS AND AUTHORITIES**

   **I.   STATEMENT OF FACTS**

 On July 31, 2026, Plaintiff's counsel received Defendant Emilia's Reply to Plaintiff's Opposition to Emilia's Motion to Dismiss.

In Defendant Emilia's Reply her counsel supplies additional "unverified" statements to protect his client, further alleging that his client Emilia is only the incorporator, founder and agent for service of process, but does not own the business.

Thereafter, Plaintiff's counsel, Ruochen Liu conducted further investigation and Found on the Colorado State's Secretary of State's Business formation website that Defendant Emilia is named as the founder and managing partner of ICG USA LLC For the State Of Colorado, just as she is for the state of California.

These two exhibits are corroborating evidence.

Ms. Emilia Arutyunova ordered over $500, 000 of Copper from plaintiffs, received the merchandise and never paid for it. Essentially, the act of the false purchase is exemplary of Grand Larceny by False Pretenses.

For the defense counsel to ask for a summary dismissal without allowing the Jury to find the facts as to the triable or controverted facts would be denial of Plaintiff's right to Due Process of Law.

The Court should take judicial notice of the attached Exhibit 1 and Exhibit #2 to Plaintiff's Amended R.F.J. which makes a showing and supports evidence that Defendant Emilia Arutyunova is the Alter-Ego, founder and managing member of Defendant Entity ICG USA, LLC.

***Therefore, there is clear evidence that Defendant Emilia's defenses referenced in***

Plaintiff Metal Processing Technology LTC's Request for Judicial Notice

*her filed Motion to Dismiss and falsified Declaration in Support were not filed in good faith.*

## II.  THE COURT SHALL TAKE JUDICIAL NOTICE OF STATUTORY LAW AND OF FACTS OF GENERALIZED KNOWLEDG PURSUANT TO EVIDENCE CODE § 451

**EVIDENCE CODE § 451**

Judicial notice **shall** be taken of the following:

(a) The decisional, **constitutional**, and public **statutory law** of this state and of the United States and the provisions of any charter described in Section 3, 4, or 5 of Article XI of the California Constitution.

(b) Any matter made a subject of judicial notice by Section 11343.6, 11344.6, or 18576 of the Government Code or by Section 1507 of Title 44 of the United States Code.

(c) Rules of professional conduct for members of the bar adopted pursuant to Section 6076 of the Business and Professions Code and rules of practice and procedure for the courts of this state adopted by the Judicial Council.

(d) Rules of pleading, practice, and procedure prescribed by the United States Supreme Court, such as the Rules of the United States Supreme Court, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Admiralty Rules, the Rules of the Court of Claims, the Rules of the Customs Court, and the General Orders and Forms in Bankruptcy.

(e) The true signification of all English words and phrases and of all legal expressions.

(f) *Facts and propositions of generalized knowledge* that are so universally known that they cannot reasonably be the subject of dispute.

## III.  THE COURT MAY TAKE JUDICIAL NOTICE OF A STATUTE OF ANY STATE.

**EVID. CODE § 452**

Judicial notice may be taken of the following matters to the extent that they are not embraced within Section 451:

(a) The decisional, constitutional, and statutory law of any state of the United States and the resolutions and private acts of the Congress of the United States and of the Legislature of this state.

(b) Regulations and legislative enactments issued by or under the authority of the United States or any public entity in the United States.

(c) Official acts of the legislative, executive, and judicial departments of the United States and of any state of the United States.

(d) Records of (1) any court of this state or (2) any court of record of the United States or of any state of the United States.

(e) Rules of court of (1) any court of this state or (2) any court of record of the United States or of any state of the United States.

(f) The law of an organization of nations and of foreign nations and public entities in foreign nations.

(g) Facts and propositions that are of such common knowledge within the territorial jurisdiction of the court that they cannot reasonably be the subject of dispute.

(h) Facts and propositions that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy.

**IV. EVID CODE § 453 PROVIDES THAT THE COURT SHALL TAKE JUDICIAL NOTICE WHEN A PARTY FURNISHES THE OPPOSING PARTY AND THE COURT WITH SUFFICIENT INFORMATION.**

The trial court shall take judicial notice of any matter specified in Section 452 if a party requests it and:

(a) Gives each adverse party sufficient notice of the request, through the pleadings or otherwise, to enable such adverse party to prepare to meet the request; and

(b) Furnishes the court with sufficient information to enable it to take judicial notice of the matter.

IV. CONCLUSION

Plaintiff has provided corroborating evidence from both **California and Colorado**

Secretary of State showing that Defendant **Emilia Arutyunova is the alter ego**

**of ICG USA** LLC.

Accordingly, for the above-stated reasons, **the court should take JUDICIAL**

**NOTICE of the attached records from the California Secretary**

**of State and Colorado Secretary of State which prove that Defendant's arguments**

**of lacking any connection with the defendant Entity ICG USA, LLC has**

**no merit whatsoever. Lastly, Defendant's credibility does not show reliability.**

Dated: July 31, 2026

Respectfully submitted,

By__ *Ruochen Liu*

Ruochen Liu, Attorney for Plaintiff

Plaintiff Metal Processing Technology LTC's Request for Judicial Notice

# PLAINTIFF'S INDEX OF EXHIBITS

## EXHIBIT #1:

**Initial Registration of ICG USA LLC**
**Which was registered by defendant Emilia**
**For CALIFORNIA Secretary of State**

## EXHIBIT #1:

**Initial Registration of ICG USA LLC**
**Which was registered by defendant Emilia**
**For COLORADO Secretary of State**

The **two states** both list Emilia as the founder, registrant and managing member of the LLC

This is corroborating evidence showing that Emilia is the Alter Ego of ICG USA LLC

# EXHIBIT #1

**Initial Registration of ICG USA LLC**
**Which was registered by defendant Emilia**
**For CALIFORNIA Secretary of State**

202359710505



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**REGISTRATION**
**OUT-OF-STATE LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 202359710505

Date Filed: 11/7/2023

| Limited Liability Company Name | |
| --- | --- |
| Limited Liability Company Name | ICG USA LLC |

| Jurisdiction | |
| --- | --- |
| Limited Liability Company is Formed in | COLORADO |

| Authority Statement |
| --- |
| This LLC currently has powers and privileges to conduct business in the state, foreign country or other jurisdiction entered above. |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 2878 BEECH ST<br>SAN DIEGO, CA 92102 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 3124 S PARKER RD<br>STE A2<br>AURORA, CO 80014 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 2878 BEECH ST<br>SAN DIEGO, CA 92102 |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Emiliya Arutyunova |
| Agent Address | 2878 BEECH ST<br>SAN DIEGO, CA 92102 |

**Consent to Service of Process**

The Secretary of State is appointed as the agent of the foreign (out-of-state) limited liability company for service of process if the agent has resigned and has not been replaced or if the agent cannot be found or served with the exercise of reasonable diligence.

Consent to service of process extends to service of process directed to the foreign (out-of-state) limited liability company's agent in this state for a search warrant issued pursuant to California Penal Code section 1524.2, or for any other validly issued and properly served search warrant, for records or documents that are in the possession of the foreign (out-of-state) limited liability company and are located inside or outside of this state. This shall apply to a foreign (out-of-state) limited liability company that is a party or a nonparty to the matter for which the search warrant is sought. For purposes of this consent "properly served" means delivered by hand, or in a manner reasonably allowing for proof of delivery if delivered by United States mail, overnight delivery service, facsimile, or any other means specified by the foreign (out-of-state) limited liability company, including email or submission via an Internet Web portal, the foreign (out-of-state) limited liability company has designated for the purpose of service of process.

**Electronic Signature**

☒   By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized to sign on behalf of the out-of-state LLC.

*Emiliya Arutyunova*                                    *11/07/2023*
—————————————————                     —————————————————
Signature                                               Date

B2238-8592 11/07/2023 3:24 PM Received by California Secretary of State

Page 1 of 2

B2238-8593  11/07/2023  3:24 PM Received by California Secretary of State

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

ICG USA LLC

is a

Limited Liability Company

formed or registered on 10/06/2023   under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office.  This entity has been assigned entity identification number  20238068367 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/27/2023  that have been posted, and by documents delivered to this office electronically through 10/31/2023 @  18:31:08 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/31/2023  @  18:31:08  in accordance with applicable law. This certificate is assigned Confirmation Number  15450510      .



_____
Secretary of State of the State of Colorado

***********************************************End of Certificate***********************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

# EXHIBIT #2

**Initial Registration of ICG USA LLC**
**Which was registered by defendant Emilia**
**For COLORADO Secretary of State**

Colorado Secretary of State
ID#: 20238068367
Document #: 20238068367
Filed on: 10/06/2023 10:18:18 AM
Paid: $50.00

# Colorado Secretary of State

## Articles of Organization for a Limited Liability Company

filed pursuant to § 7-90-301 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

**The domestic entity name of the limited liability company is**    ICG USA LLC

**The principal office street address is**  3124 S PARKER RD A2-402
Aurora CO 80014
US

**The principal office mailing address is**  3124 S PARKER RD A2-402
Aurora CO 80014
US

**The name of the registered agent is**  ICG USA LLC

**The registered agent's street address is**  3124 S PARKER RD A2-402
Aurora CO 80014
US

**The registered agent's mailing address is**  3124 S PARKER RD A2-402
Aurora CO 80014
US

The person above has agreed to be appointed as the registered agent for this entity.

**The management of the limited liability company is vested in**  Members

There is at least one member of the limited liability company.

**Person(s) forming the limited liability company**

Akmalkhuja Kodirov
3124 S PARKER RD A2-402
Aurora CO 80014
US

Emiliya Arutyunova
2878 Beech St
San Diego CA 92102
US

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., and, if applicable, the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

**Name(s) and address(es) of the individual(s) causing the document to be delivered for filing**

Emiliya Arutyunova
2878 Beech St
San Diego CA 92102
US

Emiliya Arutyunova
2878 Beech St
San Diego CA 92102
US

**PROOF OF SERVICE**

STATE OF CALIFORNIA               )
                                  ) ss.
COUNTY OF SAN FRANCISCO     )

I am over the age of 18 years and not a party to the within entitled action.

My business address is
   **100 N. Barranca St., #7060**
   **West Covina, CA 91791**
      Email: **RuochenLiu.esq@gmail.com**

On **July 31, 2026** I served the document attached hereto or provided herewith, namely:
PLAINTIFF METAL PROCESSING TECHNOLOGY, LTC'S **AMENDED** REQUEST FOR JUDICIAL NOTICE re. OPPOSITION TO DEFENDANT EMILIA ARUTYUNOVA'S MOTION TO DISMISS [Submitted concurrently with Opposition to Motion to Dismiss ] and attached **Exhibits 1 and 2**

**as follows:**

  X   **ELECTRONICALLY**

**ADDRESSES:**
   **1.** Alex Moghaddam at Email: **alex@moghaddamlaw.com**

  2. Defendant's Attorneys, Daniel M. Dire
    Email: **Dmd@SandiegoTrialAttorneys.com**

  3. Donald Holben
    Email: **Lawyers@SanDiegoTrialAttorneys.com**

I certify or declare, under penalty of perjury under the laws of California that the foregoing

is true and correct.

Executed on   **July 31, 2026 in West Covina, California**

By  x _Ruochen Liu_ /s/
          Ruochen Liu