# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL PROCESSING TECHNOLOGY LTC,<br><br>          Plaintiff,<br><br>v.<br><br>ICG USA, LLC; EMILIA ARUTYANOVA, aka EMILIYA AROUTIOUNOV; ARTOUR AROUTIOUNOV aka ARTOUR ARUTYUNOVA; AMERICAN GLOBAL FREIGHTS, A California Corporation; MAERSK CUSTOMS SERVICES USA, INC.; MAERSK LOGISTICS & SERVICES USA INC.; U.S. BANCORP; ARARAT BAGHDASARYN aka alter ego of AMERICAN GLOBAL FREIGHTS; and DOES 1 — 5, Inclusive,<br><br>          Defendants. | Case No.: 26cv2762 DMS (SBC)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant Emilia Arutyunova's motion to dismiss is currently scheduled for hearing on August 14, 2026. The Court finds this matter suitable for decision without oral

argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the August 14, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  August 7, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2762 DMS (SBC)